IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE SALT RIVER PIMA-MARICOPA, INDIAN COMMUNITY, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 06-943L |
| | ) | Judge Lawrence M. Baskir |
| THE UNITED STATES OF AMERICA, | ) | **Electronically filed 2/21/07** |
| Defendant. | ) | |

**[PROPOSED] ORDER**

This matter is before the Court on the Defendant's motion for enlargement of time within which to answer or otherwise respond to the complaint. Upon consideration of the Defendant's motion and for good cause shown, it is hereby ordered that

1. The Defendant's motion should be and hereby is GRANTED;

2. Effective immediately, the time and obligation for Defendant to file its Answer or otherwise respond to the Complaint, is enlarged up to and including March 27, 2007.

SO ORDERED.

Date: ______________________

______________________________

HON. LAWRENCE M. BASKIR

Judge, United States Court of Federal Claims