# In the United States Court of Federal Claims

Case No. 06-943L
(Filed: June 6, 2007)

| | |
|---|---|
| THE SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY, *Plaintiff,* | |
| v. | |
| THE UNITED STATES OF AMERICA, *Defendant.* | |

**ORDER**

The Court intends to schedule a telephonic preliminary status conference (on the record) between June 18 and June 27, 2007.

Accordingly, it is ORDERED that the parties agree upon three dates during this time period. The parties **shall notify the Court**'s Judicial Assistant, Denise Lawson, at telephone (202) 357-6500, **of the proposed status conference dates no later than June 15, 2007**. Morning sessions begin at 10:00 a.m., and afternoon sessions begin at 2:00 p.m.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge