# In the United States Court of Federal Claims

Case No. 06-943L
(Filed: June 13, 2007)

*****************************************************
THE SALT RIVER PIMA-MARICOPA *
INDIAN COMMUNITY, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

**ORDER**

This Order confirms the **telephonic Preliminary Status Conference** (on the record) scheduled for **2:00 p.m.**, on Monday, **June 25, 2007**. The Defendant shall initiate the conference call with the Plaintiff before calling the Judge at (202) 357-6504.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge