# In the United States Court of Federal Claims

Case No. 06-943L
(Filed: June 26, 2007)

*****************************************************

THE SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY
*Plaintiffs,*

v.

THE UNITED STATES OF AMERICA,
*Defendant.*

*****************************************************

## ORDER

The Court held a Preliminary Status Conference in the above-captioned case on June 25, 2007. This order summarizes the results of that conference.

The Plaintiff filed a case in the District Court for the District of Columbia on the same day – December 29, 2006 – that it filed this case. Because of the same-day filing, the Government intends to challenge the Court's jurisdiction under 28 U.S.C. § 1500. This is a threshold jurisdictional issue. Therefore, we are limiting other proceedings in the case until the § 1500 issue is decided.

**We encourage the Parties to engage in informal discovery. Formal discovery and briefing for the limited purpose of deciding the § 1500 issue will proceed on the following schedule:**

- Defendant shall submit to Plaintiff, on or before Monday, July 2, 2007, written requests for discovery of information relevant to the factual dispute concerning the impact of 28 U.S.C. § 1500 on Plaintiff's case.

- Plaintiff shall submit to Defendant, on or before Thursday, August 2, 2007, its responses to Defendant's written requests.

- On or before Thursday, August 23, 2007, Defendant shall file its dispositive motion concerning 28 U.S.C. § 1500.

- On or before Thursday, September 13, 2007, Plaintiff shall file its response to Defendant's motion and any cross-motion.

- On or before Thursday, September 27, 2007, Defendant shall file its reply to Plaintiff's response and response to Plaintiff's motion.

- On or before Thursday, October 11, 2007, Plaintiff shall file its reply to Defendant's response.

- At or near the completion of the foregoing briefing, the Court will schedule oral argument.

The same-day filing issue is currently being litigated in a case before Judge Hewitt of this Court that is approximately one month ahead of our case. The Plaintiff's attorney is the attorney for both this case and Judge Hewitt's case. The Plaintiff's attorney suggested transfer or consolidation of the § 1500 issue with Judge Hewitt's case, under Rule 42(a) of the Rules of the United States Court of Federal Claims ("RCFC").

We decline to transfer or consolidate the § 1500 issue.

The Plaintiff has the option of filing a formal motion seeking transfer.

The Parties' attention is directed to *Fraiser v. United States*, 67 Fed. Appx. 594 (2003).

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR

Judge