IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 06-943L (LMB) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S NOTICE OF FILING JOINT STATUS REPORT**

Pursuant to this Court's request dated June 25, 2007, Defendant hereby submits and give this notice of the filing of the parties' Joint Status Report filed on April 30, 2007 in Winnebago Tribe of Nebraska v. United States, No. 06-cv-00913-MMS (Fed. Cl.).

Respectfully submitted this 26th day of June, 2007

RONALD J. TENPAS
Acting Assistant Attorney General

______________________________

KEVIN J. LARSEN
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0258
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

JOHN H. MARTIN

United States Department of Justice
Environment and Natural Resources Division
1961 Stout Street, 8th Floor
Denver, CO 80294
Tel: (303) 844-1383
Fax: (303) 844-1350

THOMAS R. BARTMAN
Indian Trust Litigation Office
Office of the Solicitor
Department of the Interior
1849 C St., N.W.
Washington, D.C. 20240
Tel: (202) 208-5000
Fax: (202) 219-0559

RACHEL HOWARD
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing NOTICE OF FILING JOINT STATUS REPORT was served on June 26, 2007, by Electronic Case Filing or by regular, first-class United States mail, postage pre-paid, and by electronic mail or telefax, unless otherwise noted below, on the following counsel:

Keith M. Harper
KILPATRICK STOCKTON, L.L.P.
607 14th Street, N.W.
Suite 900
Washington, D.C. 20005
(202) 508-5800
Fax: (202) 585-0007

*/s/ Kevin J. Larsen*
KEVIN J. LARSEN