# EXHIBIT A

## B. CHIEF INFORMATION OFFICE

### 1. RECORDS MANAGEMENT

**Introduction**

The Office of Trust Records (OTR) was established in 1999 to develop and implement a program for the economical and efficient management of trust records, consistent with the American Indian Trust Fund Management Reform Act of 1994, the Federal Records Act, other statutes and implementing regulations. The line authority for supervision and management of OTR remains with the Assistant Deputy Secretary. The OTR records management program has been developed and implemented, and continues to evolve, to ensure that: necessary Indian records are maintained, records retention needs are met through authorized schedules, and the records are safeguarded throughout their life-cycle.

**Accomplishments and Completions**

**Fiduciary Trust Records Definition**

The records series matrices identifying Indian fiduciary trust records for the Bureau of Indian Affairs (BIA) and the Office of the Special Trustee for American Indians (OST) were distributed to BIA and OST on October 9, 2003. The matrices consist of records series currently in the 16 Bureau of Indian Affairs Manual (BIAM) Records Retention Schedules containing trust records.

**Record Keeping Requirements**

On November 19, 2003, the Assistant Deputy Secretary, OTR and BIA met with the tribal/federal records management work group. The work group was established as an outcome of the conference at the Haskell Indian Nations University in September 2003. The work group discussed records management issues facing compacting and contracting tribes. An additional meeting is anticipated in the next reporting period.

In December 2003, a Memorandum of Understanding (MOU) between OTR and BIA was signed. The purpose of the MOU is to formalize the partnership between OTR and BIA with regard to the management of general records created, maintained and used by the BIA. The MOU contemplates an annual work plan to be negotiated between BIA and OTR setting deliverables and performance measures.

**Records Management Liaisons**

OTR completed placement of all records management liaisons in the BIA regions during this reporting period. Each BIA region now has a records management liaison, except that the liaison in the Pacific Regional Office, located in Sacramento, CA, serves both the Pacific and Alaska regions. OTR provided in-depth training for eight of the liaisons in November 2003. In-depth training is expected to be provided for the remaining three liaisons during the next reporting

period. The records management liaisons will provide technical assistance to the BIA field personnel on records management responsibilities.

**Records Retention Schedules**

The updates to the 4000 records series of 16 BIAM were approved by the Archivist of the United States during this reporting period. The updated records series were submitted to the National Archives and Records Administration (NARA) in the last reporting period, as described in the *Status Report to the Court Number Fifteen.*

**Development of Policies and Procedures**

OTR distributed to BIA and OST on December 30, 2003, the completed chapters of its Indian Affairs Records Management Manual (Manual) containing the policies and procedures OTR expects to use for records management. Policies and procedures for research requests, frozen or litigation records and electronic records are expected to be issued in the next reporting period to complete the Manual.

**Current Status**

**Record Keeping Requirements**

On October 27, 2003, the Assistant Deputy Secretary issued a memorandum to bureau directors and office heads within the Department of the Interior (Interior) on "Identification and Retention of Indian Fiduciary Trust Records." Each agency is required to assess all records, by records series, to identify Indian fiduciary trust records. OTR plans to report on responses during the next reporting period.

**Records Retention Schedules**

The approved 4000 records series schedules are expected to be distributed to the BIA and OST Chief Information Officers for electronic distribution to BIA and OST staff in the next reporting period. OTR continues to work with BIA and OST to provide information required by NARA in its review of the electronic records schedules. These schedules include:

1. Integrated Records Management System (IRMS) Lease/Lease Distribute/Range/Owner Module;
2. IRMS – Individual Indian Monies;
3. IRMS People/Per Capita Modules;
4. Royalty Distribution and Reporting System;
5. Osage Annuity System;
6. Land Records Information System.

*STATUS REPORT TO THE COURT NUMBER SIXTEEN*



**Training**

During this reporting period, OTR provided records management training for 162 BIA/OST staff and 218 tribal employees at seven records management training sessions. Five BIA managers attended a manager's orientation session at the BIA Papago Agency.

**Evaluation of Records Programs**

OTR discussed its preliminary findings and recommendations with OST Field Operations Senior Management for twelve pilot site assessments conducted at OST Field Operations sites. OTR plans to conduct more outreach on records management requirements through additional training on records programs. OTR is expected to further emphasize records management program requirements in its training beginning in the next reporting period. OTR is expected to resume site assessments in the third quarter of CY2004.

**Records Retrieval/Indexing Project**

OTR's contractor continued indexing boxes of Indian records in Albuquerque, NM and Kansas City, MO. The total number of boxes indexed through December 31, 2003, is approximately 39,500. As reported in the *Status Report to the Court Number Fifteen*, the index is designed to serve as a finding aid to research boxes of records. It provides a box and file level index of all boxes; that is, within each box, the title on each folder is captured along with the region or agency that created the records. In the case of financial records a document type and date range also are captured. The indexing project does not include the imaging of individual documents. Testing of the database search engine continues and is expected to be ongoing for the duration of the project as researchers use the database and anomalies are discovered and addressed. Priority for the indexing of boxes of Indian records at both locations continues to be those boxes of records potentially responsive to tribal trust litigation, and now also includes boxes required by the Office of Historical Accounting (OHTA) to meet the requirements of OHTA projects.

In support of the historical accounting effort, Interior plans to utilize available OTR and OHTA staff and contractor resources to search for selected records during the next reporting period. As a result, Interior anticipates an estimated two-month delay in the indexing project resulting in the completion of the initial phase during the third quarter of CY2004.

**Delays and Obstacles**

Lack of Internet access continues to hinder OTR's ability to provide access to the record index database by client agencies and authorized users of the records. Competition for the limited space in OTR facilities is intense and interrupts OTR's daily work activities as OTR staff attempt to respond to requests for instantaneous access to records from federal attorneys, plaintiffs' tribal trust litigation attorneys and their contractors, and federal agencies and their contractors. If Internet access were available, authorized researchers could conduct their searches remotely from their respective work sites and only visit OTR when necessary to inspect specific boxes.

**Assurance Statement**

I concur with the content of the information contained in the Records Management section of the *Status Report to the Court Number Sixteen.* The information provided in this section is accurate to the best of my knowledge.

Date: January 29, 2004

Name: *Signature on File*
Ethel J. Abeita
Director, Office of Trust Records
Office of the Special Trustee for American Indians

## B. OFFICE OF THE CHIEF INFORMATION OFFICER

### 1. RECORDS MANAGEMENT

**Introduction**

The Office of Trust Records was established in 1999 to develop and implement a program for the economical and efficient management of trust records, consistent with the 1994 Act, the Federal Records Act and other statutes and implementing regulations. The OTR record management program has been developed and implemented, and continues to evolve, to ensure that necessary Indian records are maintained, records retention schedules are consistent with retention needs, and records are safeguarded throughout their life-cycles.

**Accomplishments and Completions**

**Records Retention Schedules**

NARA approved the following electronic records retention schedules during this reporting period:

1. IRMS Lease/Lease Distribute/Range/Owner Module;
2. IRMS – Individual Indian Monies;
3. IRMS People/Per Capita Modules;
4. Royalty Distribution and Reporting System;
5. Osage Annuity System;
6. Land Records Information System.

**American Indian Records Repository (AIRR)**

The archival quality records storage facility was completed during this reporting period. Approximately 20,000 boxes of indexed records have been relocated from the Lee's Summit Federal Records Center and OTR Albuquerque to AIRR.

**Records Management Liaisons**

OTR conducted training for three records management liaisons during this reporting period. All records management liaisons now have been trained and are providing records management technical assistance to BIA and OST field personnel. In the next reporting period, OTR expects to advertise a records management specialist position to support the Central Office programs on records management.

**Development of Policies and Procedures**

OTR distributed to BIA and OST the last three chapters of its Indian Affairs Records Management Manual. The manual contains the policies and procedures that OTR expects to use to provide records management guidance and assistance.

**Training**

OTR provided records management training for 277 BIA/OST identified records contacts and provided records management orientation for 192 BIA line officers during this reporting period.

**Current Status**

**Record Keeping Requirements**

The following bureaus have notified OTR that records have been assessed and no record series have been identified as containing Indian fiduciary trust records: the National Park Service, U.S. Geological Survey, and the Fish and Wildlife Service. The following bureaus and offices have notified OTR that records have been assessed and steps taken to prevent destruction of the trust records: Office of Surface Mining, Bureau of Land Management, Bureau of Reclamation and Minerals Management Service. The National Business Center is working with offices under the Office of the Secretary to assess and identify record series at this time.

In the *Status Report to the Court Number Sixteen*, OTR reported that a meeting with the tribal/federal records management work group was anticipated. The meeting did not take place during the reporting period.

During this reporting period, OTR received a letter from a union representing certain OTR employees. The union questioned a proposed records move to Kansas and accused OTR of improper record keeping procedures. Through a reply letter to the union, OTR's Director responded to the union's allegations.

**Records Retention Schedules**

In the next reporting period, OTR expects to begin working with BIA and OST to implement the NARA-approved 4000 records series of 16 BIAM and the electronic records schedules, which will then become part of the IAM for the BIA.

**Records Retrieval/Indexing Project**

OTR's contractor continued indexing boxes of Indian records in Albuquerque, NM and Kansas City, MO. The total number of boxes indexed through March 31, 2004, is approximately 54,000. As previously reported, the index is designed to serve as a finding aid to research boxes of records. It provides a box and file level index of all boxes; that is, within each box, the title on each folder is captured along with the date range, and region or agency that created the records. In the case of financial records, a document type also is captured. The indexing project does not

include the imaging of individual documents. Priority for the indexing of boxes of Indian records continues to be those boxes of records potentially responsive to tribal trust litigation, and now also includes boxes required by OHTA to meet the requirements of OHTA litigation support projects.

In support of the historical accounting effort, Interior utilized available OTR and OHTA staff and contractor resources to search for selected records during the reporting period. As a result, OTR estimates a two-month delay in the completion of the indexing of the initial phase of 76,000 boxes. It was estimated that Phase I would be completed during the second quarter of CY2004. It now is estimated that Phase I will be completed during the third quarter of CY2004.

**Delays and Obstacles**

Lack of Internet access continues to hinder OTR's ability to provide access to the record index database by client agencies and authorized users of the records. If Internet access were available, authorized researchers could conduct their searches remotely from their respective work sites and only visit OTR when necessary to inspect specific boxes.

Use of the limited space in OTR facilities intensified and continued to affect OTR's daily work activities as OTR staff attempted to respond to requests for access to records from federal attorneys, plaintiffs' tribal trust litigation attorneys and their contractors, and federal agencies and their contractors.

**Assurance Statement**

I concur with the content of the information contained in the Records Management section of the *Status Report to the Court Number Seventeen.* The information provided in this section is accurate to the best of my knowledge.

Date: May 3, 2004

Name: *Signature on File*
Ethel J. Abeita
Director, Office of Trust Records
Office of the Special Trustee for American Indians

## B. OFFICE OF THE CHIEF INFORMATION OFFICER

### 1. RECORDS MANAGEMENT

**Introduction**

The Office of Trust Records was established in 1999 to develop and implement a program for the economical and efficient management of trust records, consistent with the 1994 Act, the Federal Records Act and other statutes and implementing regulations. The OTR records management program has been developed and implemented, and continues to evolve, to ensure that necessary Indian records are maintained, records retention schedules are consistent with retention needs, and records are safeguarded throughout their life-cycles.

**Accomplishments and Completions**

**American Indian Records Repository**

A dedication ceremony took place on May 14, 2004, to officially open the American Indian Records Repository at Lenexa, KS. Approximately 40,900 boxes of indexed Indian records have been relocated to the AIRR through the end of this reporting period.

**Records Retention Schedules**

OTR provided to BIA and OST the NARA-approved 4000 records series of 16 BIAM and the electronic records retention schedules. The OTR records training manuals were revised to incorporate the updated schedules.

**Training**

OTR provided records management training for 615 BIA/OST-identified records contacts during this reporting period.

**Current Status**

**Record Keeping Requirements**

NBC continued its work with 36 offices under the Office of the Secretary to assess and identify records series containing Indian fiduciary trust records during this reporting period. Completion of this project is anticipated in the next reporting period.

The Tribal/Federal Trust Records Management Work Group met on May 13, 2004, in Lenexa, KS. The Work Group discussed tribal responsibility for creation and maintenance of trust records for contracted/compacted trust programs. Another meeting is expected to occur in the next reporting period to continue the discussions.

**Records Retention Schedules**

During this reporting period, OTR continued to submit proposed trust-related records schedules to NARA for review and comment.

**Records Retrieval/Indexing Project**

OTR's contractor continued indexing boxes of Indian records. The total number of boxes indexed through June 30, 2004, is 70,582. Priority for the indexing of boxes of Indian records continues to be given to those boxes of records potentially responsive to tribal trust litigation, and includes boxes required by OHTA to meet the requirements of OHTA litigation support projects.

**Records Management Liaison**

During this reporting period, OTR advertised a records management specialist position to support BIA Central Office records management.

**Delays and Obstacles**

Lack of Internet access continues to hinder OTR's ability to provide access to the record index database for authorized users of the records. If Internet access were available, authorized researchers could conduct their searches remotely from their respective work sites and only visit OTR when necessary to inspect specific boxes.

Use of the limited space in OTR facilities continued to intensify and affect OTR's daily work activities as OTR staff attempted to respond to requests for boxes of records from federal attorneys, plaintiffs' tribal trust litigation attorneys and their contractors, and federal agencies and their contractors.

**Assurance Statement**

I concur with the content of the information contained in the Records Management section of the *Status Report to the Court Number Eighteen*. The information provided in this section is accurate to the best of my knowledge.

Date: July 26, 2004

Name: *Signature on File*
Ethel J. Abeita
Director, Office of Trust Records
Office of the Special Trustee for American Indians

## B. OST-OFFICE OF THE CHIEF INFORMATION OFFICER

### 1. RECORDS MANAGEMENT

**Introduction**

The Office of Trust Records was established in 1999 to develop and implement a program for the economical and efficient management of trust records, consistent with the 1994 Act, the Federal Records Act and other statutes and implementing regulations. The OTR records management program has been developed and implemented, and continues to evolve, to ensure that necessary Indian records are maintained, records retention schedules are consistent with retention needs, and records are safeguarded throughout their life-cycles.

**Accomplishments and Completions**

**American Indian Records Repository**

During this reporting period, approximately 23,300 boxes of indexed inactive Indian records were moved to the AIRR in Lenexa, KS, both from OTR's facilities in Albuquerque and from the Lee's Summit FRC in Kansas City, MO. A total of approximately 64,200 indexed boxes are located in the AIRR, as of the end of this reporting period.

**Records Indexing Project**

A total of 86,868 boxes had been indexed by the end of this reporting period. Priority for the indexing of boxes of Indian records continues to be given to those boxes of records potentially responsive to tribal trust litigation, and includes boxes required by OHTA for litigation discovery requests.

With the conclusion of the Lee's Summit portion of the indexing project in July 2004, OTR's indexing contractor moved its work site from Kansas City, MO, to Lenexa, KS (the Lenexa Annex) in order to be located closer to the AIRR. Approximately 8,700 boxes of records were moved from Albuquerque to Lenexa for indexing. Also, during this reporting period, OTR relocated to Lenexa approximately 11,700 boxes of records from the GSA Indian Trust Accounting Division warehouse in Lanham, MD. Indexing of these boxes also will be conducted at the Lenexa Annex. All indexed boxes then will be stored in the AIRR. It is anticipated that the Albuquerque portion of the indexing project will conclude during the next reporting period, and all indexing will occur in Lenexa thereafter.

**Haskell Indian Nations University Records Management Certificate Program**

As reported in the *Status Report to the Court Number Fifteen*, Interior and NARA agreed to develop an archival and records management studies program at Haskell Indian Nations University in Lawrence, KS. Pursuant to this agreement, the first records management class was

offered to Haskell students as classes began in September. OTR is providing the instructor for the fifteen students enrolled in the class this semester.

**Training**

OTR provided records management training for 355 BIA/OST-identified records contacts during this reporting period. In FY2004, OTR trained 1,397 BIA/OST employees and 35 tribal employees.

**Equipment Purchases**

During FY2004, OTR provided more than 400 items of fireproof filing equipment to BIA and OST programs and 13 items to one Tribe. During an evaluation of this Tribe's ability to manage trust functions, as required in its compact, it was noted that the Tribe was in need of such equipment.

**Records Movement**

During this reporting period, revised policy and guidance for requesting approval to move inactive records was implemented. Pursuant to this guidance, Interior bureaus and offices that have completed certifications regarding Indian trust records now may move certified non-trust records without prior approval from the Associate Deputy Secretary. Instead, disposition of non-trust records once again is governed by NARA-approved record retention schedules. Bureaus and offices still are required to submit a move plan and receive approval from the Assistant Deputy Secretary, acting on behalf of the Associate Deputy Secretary, before moving trust records. Additionally, the policy and guidance delegates authority to OTR for approving move plans submitted by BIA and OST, in that all of their inactive records are to be moved to the AIRR under OTR's direction.

**Records Management Liaison**

During this reporting period, OTR filled the records management specialist position in the BIA Central Office.

**Current Status**

**Safeguarding Records**

A contract was awarded on September 30, 2004, for services to assess and prescribe treatment for records that were or may have been damaged or contaminated by mold, mildew, mouse droppings, and other adverse elements. During the next reporting period, OTR and the contractor expect to concentrate on boxes requiring remediation that are located in OTR facilities in Albuquerque. As of the end of this reporting period, OTR has 269 boxes that need to be assessed.

*STATUS REPORT TO THE COURT NUMBER NINETEEN*

**November 1, 2004** **Records Management**

**Record Keeping Requirements**

NBC completed the identification of all offices under the Office of the Secretary that maintain Indian fiduciary trust records. NBC will work with these offices to perform records inventories and to update records retention schedules, as appropriate. This will be an ongoing project. Ultimately, NBC is expected to update record schedules, which will be submitted to the Archivist of the United States for approval.

The Tribal/Federal Trust Records Management Work Group met on August 24, 2004, in Nashville. The Work Group continued discussions on tribal responsibility for creation and maintenance of trust records for contracted/compacted trust programs. It is anticipated that a letter to all tribal leaders will be sent in the next reporting period providing an update and soliciting comments on the work of the group.

**Site Assessments**

During this reporting period, OTR completed records management site assessments of BIA programs located at Pawnee Agency, Southern Ute Agency, Laguna Agency, Northern Pueblos Agency, Anadarko Agency, Shawnee Agency, Horton Field Office and Southern Plains Regional Office, and completed site assessments at the OST field offices located at Pawnee Agency, Anadarko Agency, Shawnee Agency, Horton Field Office and the Southern Plains Regional Office. Written reports are expected to be provided to each office in the next reporting period.

**Records Retention Schedules**

Draft records retention schedules for sixteen non-fiduciary-trust BIA programs were submitted for comment to NARA and BIA. After comments are received, OTR will revise the schedules, as necessary.

**Delays and Obstacles**

Lack of Internet access continues to hinder OTR's ability to provide access to the record index database for authorized users of the records. If Internet access were available, authorized researchers could conduct their searches remotely from their respective work sites and only visit OTR when necessary to inspect specific boxes.

Use of the limited space in OTR facilities continued to affect OTR's daily work activities as OTR staff attempted to respond to requests for boxes of records from federal attorneys, plaintiffs' tribal trust litigation attorneys and their contractors, and federal agencies and their contractors. Due to tribal trust litigation court orders and agreements regarding discovery, several thousand boxes of indexed records must remain in Albuquerque. Otherwise, these boxes could be moved to Lenexa and discovery could take place in the AIRR, a state-of-the-art archive facility.

**Assurance Statement**

I concur with the content of the information contained in the Records Management section of the *Status Report to the Court Number Nineteen.* The information provided in this section is accurate to the best of my knowledge.

Date: October 28, 2004

Name: *Signature on file*
Ethel J. Abeita
Director, Office of Trust Records
Office of the Special Trustee for American Indians

## B. OST-OFFICE OF THE CHIEF INFORMATION OFFICER

### 1. RECORDS MANAGEMENT

**Introduction**

The Office of Trust Records was established in 1999 to develop and implement a program for the economical and efficient management of trust records, consistent with the 1994 Act, the Federal Records Act and other statutes and implementing regulations. The OTR records management program has been developed and implemented, and continues to evolve, to ensure that necessary Indian records are maintained, records retention schedules are consistent with retention needs, and records are safeguarded throughout their life-cycles.

**Accomplishments and Completions**

**American Indian Records Repository**

During this reporting period, approximately 10,900 indexed boxes of inactive Indian records were moved to the AIRR in Lenexa, KS, from OTR's facilities in Albuquerque, NM. Approximately 75,300 indexed boxes are located in the AIRR as of the end of this reporting period.

**Records Indexing Project**

Indexing of 97,220 boxes was completed by the end of this reporting period. Priority for the indexing of boxes of Indian records continued to be given to those boxes of records potentially responsive to tribal trust litigation, and included boxes required by OHTA for litigation discovery requests.

Approximately 3,490 boxes of records were moved from BIA/OST locations and OTR to the Lenexa Annex for indexing. Once indexed, these boxes then will be stored in the AIRR. The Albuquerque portion of the indexing project concluded in November 2004, and all indexing now occurs in Lenexa.

In December 2004, OTR and its contractor worked at the Southern Plains Regional Office and the Anadarko Agency to prepare and ship inactive records to Lenexa. It is anticipated that this project will conclude during the next reporting period, and approximately 1,200 boxes of inactive records will have been sent to Lenexa for indexing and subsequent storage in AIRR.

**Training**

OTR provided records management training for 40 OST-identified records contacts and provided a records management briefing for 31 OST managers during this reporting period. OTR also conducted records management training for attorneys hired by the Department of Justice,

Environment and Natural Resources Division, in order to familiarize them with BIA and OST records management programs.

**Equipment Purchases**

OTR provided 24 pieces of fireproof filing equipment to OST and 261 pieces to BIA programs during this reporting period.

**Current Status**

**Safeguarding Records**

During this reporting period, the contractor assessed 283 boxes of records that were or may have been damaged or contaminated by mold, mildew, mouse droppings, or other adverse elements. It is anticipated that a written report regarding the contractor's assessment will be available early during the next reporting period. OTR expects to work with NARA on proposed remediation of damaged records where necessary.

**Record Keeping Requirements**

On October 1, 2004, tribal leaders were sent a letter with an update on the work of the Tribal/Federal Trust Records Management Work Group and asked to provide comments and suggestions on proposed language for management of fiduciary trust records that will be negotiated into the FY2006 funding agreements for compacted and contracted Tribes. On November 8, 2004, a meeting was held with tribal representatives to discuss the proposed language. Tribal representatives requested an extension through December 18, 2004, which was granted, to comment on the proposed language. Some comments have been received and are under consideration. During the next reporting period, it is anticipated that a Federal Register Notice will be published announcing tribal consultation meetings on the proposed policy.

**Site Assessments**

Site assessments are conducted to evaluate record management programs at BIA and OST offices. If a site assessment indicates a need for a corrective action plan, a plan is drafted by the agency and sent to OTR for review and approval. After approval, OTR monitors implementation of corrective actions. During this reporting period, OTR furnished written site assessment reports to the following BIA offices: Pawnee Agency, Southern Ute Agency, Laguna Agency, Northern Pueblos Agency, Anadarko Agency, Shawnee Agency, Horton Field Office and Southern Plains Regional Office. OTR also furnished written reports on the site assessments to the following OST offices: Pawnee Agency, Anadarko Agency, Shawnee Agency, Horton Field Office and Southern Plains Regional Office.

OTR completed records management site assessments of BIA and OST programs located at the Eastern Oklahoma Regional Office, Okmulgee Agency, Talihina Agency, Osage Agency, Chickasaw Agency, Wewoka Agency and Miami Agency. In cooperation with OTRA, OTR

also completed records management site assessments of compacted and contracted trust programs at Creek Nation, Choctaw Nation, Chickasaw Nation, Osage Tribe and Wyandotte Tribe. Written reports are expected to be furnished to these offices during the next reporting period.

**Records Evaluation**

Some boxes of materials provided to attorneys conducting discovery for tribal trust litigation were found to contain torn documents. Thirty-one boxes were set aside by OTR for evaluation, because they were marked by the OST field office located in the BIA SWRO as containing duplicates or other non-record material.

These boxes are being reviewed by OST to determine whether their contents might be federal/trust records or whether they had been properly marked as non-record duplicates. The review is expected to be completed during the next reporting period.

**Delays and Obstacles**

Lack of Internet access continues to hinder OTR's ability to provide access to the record index database for authorized users of the records. If Internet access were available, authorized researchers could conduct their searches remotely from their respective work sites and only visit OTR when necessary to inspect specific boxes.

Use of the limited space in OTR facilities continued to affect OTR's daily work activities as OTR staff attempted to respond to requests for boxes of records from federal attorneys, plaintiffs' tribal trust litigation attorneys and their contractors, and federal agencies and their contractors. Due to tribal trust litigation court orders and agreements regarding discovery, several thousand boxes of indexed records must remain in Albuquerque. Otherwise, these boxes could be moved to Lenexa and discovery could take place in the AIRR, a state-of-the-art archive facility.

**Assurance Statement**

I concur with the content of the information contained in the Records Management section of the *Status Report to the Court Number Twenty*. The information provided in this section is accurate to the best of my knowledge.

Date: January 31, 2005

Name: *Signature on File*
Ethel J. Abeita
Director, Office of Trust Records
Office of the Special Trustee for American Indians

## B. OST-OFFICE OF THE CHIEF INFORMATION OFFICER

### 1. RECORDS MANAGEMENT

**Introduction**

The Office of Trust Records was established in 1999 to develop and implement a program for the economical and efficient management of trust records, consistent with the 1994 Act, the Federal Records Act and other statutes and implementing regulations. The OTR records management program has been developed and implemented, and continues to evolve, to ensure that necessary Indian records are maintained, records retention schedules are consistent with retention needs, and records are safeguarded throughout their life-cycles.

**Accomplishments and Completions**

**American Indian Records Repository**

During this reporting period, approximately 12,920 indexed boxes of inactive Indian records were moved to the AIRR in Lenexa, KS, from OTR's facilities in Albuquerque, NM. Approximately 104,370 indexed boxes are located in the AIRR as of the end of this reporting period.

**Records Indexing Project**

Indexing of approximately 111,611 boxes was completed by the end of this reporting period. Priority for the indexing of boxes of Indian records continued to be given to those boxes of records potentially responsive to tribal trust litigation, and included boxes required by OHTA for litigation discovery requests.

Approximately 5,000 boxes of records, including approximately 1,200 boxes from SPRO and Anadarko Agency reported in the previous report to the Court, were moved from BIA/OST locations and OTR to the Lenexa Annex for indexing during this reporting period. Once indexed, these boxes will be stored in the AIRR.

**Record Keeping Requirements**

During this reporting period, NPS and the Fish and Wildlife Service amended prior certifications sent to the Assistant Deputy Secretary that had stated that neither agency maintained Indian fiduciary trust records. As reported in the *Status Report to the Court Number Seventeen*, the prior certifications had indicated NPS and FWS had assessed their respective record series and that no record series had been identified as containing IFTR. Each agency has identified a subset of one records series as potentially containing IFTR. Each agency has taken steps to protect and prevent destruction of these records. Also during this reporting period, BLM provided its certification to the Assistant Deputy Secretary that it had completed the identification of BLM

records series containing IFTR and has identified the series as permanent in its records schedules.

**Training**

OTR provided records management training for 38 BIA-identified records contacts during this reporting period.

**Equipment Purchases**

OTR provided 54 pieces of fireproof filing equipment to OST and 402 pieces to BIA programs during this reporting period.

**Current Status**

**Safeguarding Records**

During this reporting period, the contractor finished the report on the 283 boxes of records that were or may have been damaged or contaminated by mold, mildew, mouse droppings or other adverse elements. Out of the 283 boxes assessed, 140 boxes were determined to have some records within them where portions of the record are illegible or unclear. The contractor estimated that less than 1% of the total pages of records assessed for this project are completely illegible. The report was transmitted to NARA for review and to request assistance in remediation of the records. It is anticipated that OTR and NARA will begin to address remediation of damaged records after NARA completes its review of the report during the next reporting period.

**Record Keeping Requirements**

A Federal Register Notice was published on February 2, 2005, announcing tribal consultation meetings on the proposed language for management of fiduciary trust records that will be negotiated for the FY2006 funding agreements for compacted and contracted Tribes. All meetings were concluded during this reporting period. Written comments will be accepted through April 1, 2005. It is anticipated that comments and remarks received from the Tribes during the consultation period will be evaluated in the next reporting period.

**Site Assessments**

During this reporting period, OTR furnished written site assessment reports of BIA records programs at the following agencies: Osage, Miami, Talihina, Chickasaw, Okmulgee, Zuni, Ramah and Wewoka. OTR furnished written reports on the site assessments of OST records programs at the following offices: Eastern Oklahoma Region office and Osage Agency. Reports of tribal records programs were sent to OTRA for transmittal to the following Tribes: Osage Nation, Eastern Shawnee Tribe of Oklahoma, Chickasaw Nation of Oklahoma, Choctaw Nation and the Wyandotte Nation. OTR forwarded the site assessment report on the Creek Nation to

OTRA during the previous reporting period, but inadvertently did not report it in the previous report to the Court.

OTR completed records management site assessments of BIA and OST programs located at the SWRO and BIA programs at Jicarilla and Mescalero Agencies during March 2005. It is anticipated these reports will be completed and forwarded in the next reporting period.

**Records Retention Schedules**

OTR sent the following electronic systems records schedules to the BIA for final review and approval: Anadarko Real Estate Module (REM); Indian Forestry Database (InfoDat); Continuous Forest Inventory (CFI); and Geographic Information System (GIS). Once BIA approval is received, OTR will forward the systems records schedules to the Archivist of the United States for approval. It is anticipated that this will occur in the next reporting period.

**Records Evaluation**

As reported in the *Status Report to the Court Number Twenty*, some boxes of materials provided to attorneys conducting discovery for tribal trust litigation were found to contain torn documents. Thirty-one boxes were set aside by OTR for evaluation by OST because they were marked by the OST field office located in the BIA SWRO as containing duplicates or other non-record material.

These boxes remain at OTR pursuant to a litigation hold. Once the boxes are released, OST can carry out its plans to verify whether any potential records in these boxes are also filed at the field office. OST plans to do this by taking the boxes to the field office and comparing documents to documents maintained at the field office. This review is intended to determine whether the contents might be federal/trust records or whether the contents had been properly marked as non-record duplicates. OST will implement its plan when SOL informs OST that the boxes can be returned to OST.

**Delays and Obstacles**

Lack of Internet access continues to hinder OTR's ability to provide access to the record index database for authorized users of the records. If Internet access were available, authorized researchers could conduct their searches remotely from their respective work sites and only visit OTR when necessary to inspect specific boxes.

**Assurance Statement**

I concur with the content of the information contained in the Records Management section of the *Status Report to the Court Number Twenty-One.* The information provided in this section is accurate to the best of my knowledge.

Date: April 26, 2005

Name: *Signature on File*
Ethel J. Abeita
Director, Office of Trust Records
Office of the Special Trustee for American Indians