# DEFENDANT'S

# EXHIBIT

# 4

**Applegate, Alexis**

---

**From:** Applegate, Alexis
**Sent:** Friday, December 29, 2006 2:24 PM
**To:** Stephens, Dayna
**Subject:** RE: Need Rush Checks

Dayna,

REDACTED

Thanks for all of your help this morning and have a Happy New Year!

Alexis

---

**From:** Stephens, Dayna
**Sent:** Friday, December 29, 2006 10:09 AM
**To:** Harper, Keith; Applegate, Alexis; Roy, Sandy
**Cc:** Bazen, Sarah; Deringer, Linda; Roberson, Darlene
**Subject:** RE: Need Rush Checks

These are printed now.. please let me know if you have received them

---

**From:** Harper, Keith
**Sent:** Friday, December 29, 2006 8:59 AM
**To:** Applegate, Alexis; Roy, Sandy
**Cc:** Bazen, Sarah; Deringer, Linda; Stephens, Dayna; Roberson, Darlene
**Subject:** RE: Need Rush Checks

Alexis,

REDACTED in all the CFC Complaints.

So we will have to run those copies again while you file the DDC.

---

**From:** Applegate, Alexis
**Sent:** Friday, December 29, 2006 8:07 AM
**To:** Roy, Sandy
**Cc:** Harper, Keith; Bazen, Sarah; Deringer, Linda; Stephens, Dayna; Roberson, Darlene
**Subject:** Need Rush Checks

Sandy,

REDACTED

SR000229

Thanks everyone,
Alexis

KILPATRICK
STOCKTON LLP
Attorneys at Law

Alexis E. Applegate
Paralegal
Kilpatrick Stockton LLP
Suite 900
607 14th Street, NW
Washington, DC 20005-2018
t 202 508 5807
f 202 585 0047

Confidentiality Notice:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at 202 508 5800, and destroy the original transmission and its attachments without reading or saving in any matter.