# DEFENDANT'S

# EXHIBIT

# 6

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE AK-CHIN INDIAN COMMUNITY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No. 06-932L<br>Judge Emily C. Hewitt |

**PLAINTIFF'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF INTERROGATORIES**

Pursuant to RCFC 26 and 33, Plaintiff the Ak-Chin Indian Community ("Ak-Chin"), by its attorneys, hereby responds to Defendant's First Set of Interrogatories as follows:

## I. GENERAL OBJECTIONS

A. Ak-Chin objects to General Instruction No. VI to the extent it seeks to require Ak-Chin to supplement responses to Interrogatories which have not been propounded by Defendant, such as "the identity of and location of persons having knowledge of these matters" and "the identity, subject matter and testimony of experts who may be called as witnesses at trial or otherwise relied upon by plaintiff."

B. Ak-Chin objects to the Interrogatories to the extent they purport to seek information protected by privilege or the attorney work product doctrine.

C. Ak-Chin objects to Interrogatories No. 2 and 6 on the ground that they seek information outside the scope of this Court's May 30, 2007 Order directing Defendant to serve written requests for discovery "of information relevant to the factual dispute

**Interrogatory No 8.** Please identify any and all documents in your possession, custody or control that state, evidence or reflect the times of day that the Plaintiff's complaints were filed with the D.D.C. and the C.F.C., respectively, on December 29, 2006.

**Response:** Ak-Chin is aware of no documents which state, evidence or reflect the exact times of day that Ak-Chin's Complaints were filed in the instant action or in the District Court. The following documents evidence the approximate time that Ak-Chin filed the instant action and the District Court Action:

- Ms. Applegate sent an e-mail to G. William Austin on December 29, 2006 at 12:41 p.m. telling Mr. Austin that all the Complaints had been filed, but that she was waiting for the summons. Thus, at that time, the instant action had been filed, but as explained in response to Interrogatory No. 2, Ms. Applegate had not yet completed the filing of the Ak-Chin District Court Action because she had to return to the District Court to complete the filing, retrieve a summons and pay the filing fees, all of which she completed in a later trip to the District Court. Ms. Applegate sent Mr. Austin a subsequent e-mail on December 29, 2006 at 2:23 p.m. telling Mr. Austin that she had just returned from the Court and was completing her time before she left for the day. These e-mails evidence that the instant action was filed before 12:41 p.m. and that the filing of the Ak-Chin District Court Action was completed between 12:41 p.m. and 2:23 p.m.

- Mr. Guilder, an attorney at Kilpatrick Stockton who assisted with the preparation of Ak-Chin's Complaint filed in the instant action, sent an e-mail on December 29, 2006 at 11:41 a.m. to Edward Roybal, Ak-Chin's counsel with the law firm Strickland & Strickland, requesting information to be included in the Complaint filed in this action. This e-mail evidences that the instant action had not been filed as of 11:41 a.m. (Mr. Roybal did not respond to this e-mail until after Mr. Guilder already had obtained the requested information on his own).
- Ms. Applegate sent an e-mail to Mr. Harper on December 29, 2006 at 3:36 p.m. stating that she would let Mr. Harper know when she heard back from the process servers thus confirming that Ms. Applegate already had retrieved the summons from the District Court and the Ak-Chin District Court Action already had been filed at that time.
- Ms. Applegate sent an e-mail to Mr. Austin on December 29, 2006 at 4:17 p.m. stating that all Complaints in each court had been filed and that she was waiting to hear if the Complaints had been served.
- Affidavits of Service show that Kempthorne and Swimmer were served with the District Court Complaint at 3:14 p.m. on December 29, 2006, confirming that the District Court Action had been filed by 3:14 p.m.