# DEFENDANT'S

# EXHIBIT

# 8

PETTY CASH
CASH SLIP - CLIENT/FIRM EXPENSE

Date 12/29/06

Received from:
KILPATRICK STOCKTON LLP $ 16.00

Sixteen Dollars

Charge to:

☐ FIRM (Description of expenditure must be shown)

☒ CLIENT

Client ______ 57831 Number

Matter ______ 338240 Number

DESCRIPTION: taxis to/from courthouse

SIGNED [signature]

(FORM TO BE FULLY COMPLETED AND SUPPORTING VOUCHER, IF ANY, SHOULD BE ATTACHED.)

## Taxi Cab Receipts

DATE: 12/29/06 TIME: ______

TRIP ORIGIN: 333 Constitution

DESTINATION: 607 14th St

FARE: $ 8.00 SIGNATURE [signature]

## TAXICAB RECEIPT

Time: 12/29/06

Date: ______

Origin of trip: 607 14th St

Destination: 333 Constitution

Fare: 8.00 Sign: [signature]

SR00019

PETTY CASH
CLIENT/FIRM EXPENSE

Received from:
KILPATRICK STOCKTON LLP

Date 12/29/06

$ 16.00

Sixteen Dollars

Charge to:
☐ FIRM (Description of expenditure must be shown)
☑ CLIENT

Client Number 57870

Matter Number 338789

DESCRIPTION: taxis to/from courthouse

SIGNED Alexis Applegate

(FORM TO BE FULLY COMPLETED AND SUPPORTING VOUCHER, IF ANY, SHOULD BE ATTACHED.)

## TAXI CAB RECEIPT

DATE: 12-29-06 a.m.

CAB FARE FROM: 607 14th St

TO: 333 Constitution Ave

NO. OF PASSENGERS: 1 TOTAL FARE: $ 8.00

CAB CO. & NO.: 966 DRIVER:

## TAXICAB RECEIPT

Time: 12/29/06

Date: PM

Origin of trip: 333 Constitution

Destination: 607 14th St

Fare: 8.00 Sign:

SR00020

**PETTY CASH**
**CASH SLIP - CLIENT/FIRM EXPENSE**

Date 12/29/06

Received from:
**KILPATRICK STOCKTON LLP** $ 16.00

Sixteen Dollars

**Charge to:**

☐ FIRM (Description of expenditure must be shown)
☒ CLIENT

Client ______ 57847 Number

Matter ______ 338587 Number

DESCRIPTION: taxis to/from courthouse

SIGNED Clyde Applegate

**(FORM TO BE FULLY COMPLETED AND SUPPORTING VOUCHER, IF ANY, SHOULD BE ATTACHED.)**

BARBADOS

## Taxi- Receipt

Driver# ______ Cab# ______

To: 807 14th Street

From: 333 Constitution

Date: 12/29/06 Amount:$ 8.00

Signature: ______

visit www.visitbarbados.org/taxibdos to win a trip to Barbados



## TAXI CAB RECEIPT

DATE: 12/29/06 TIME: [illegible]

TRIP ORIGIN: 607 14th St

DESTINATION: 333 Constitution

FARE: $ 8.00 SIGNATURE: ______