# DEFENDANT'S

# EXHIBIT

# 9

**Applegate, Alexis**

---

**From:** Austin, Bill
**Sent:** Friday, December 29, 2006 1:49 PM
**To:** Applegate, Alexis
**Subject:** RE: The Tribal Trust Case Filings

Thanks for the update.

When are you leaving the office?

Bill A.

---

**From:** Applegate, Alexis
**Sent:** Friday, December 29, 2006 12:41 PM
**To:** Austin, Bill
**Subject:** RE: The Tribal Trust Case Filings

sorry - we have filed them but I am waiting for the summons- we filed most of them today.

---

**From:** Austin, Bill
**Sent:** Friday, December 29, 2006 11:43 AM
**To:** Applegate, Alexis
**Subject:** The Tribal Trust Case Filings

Alexis--If you've not yet departed for Jekyll Island and the weekend of celebration and merriment to be hosted by Vance, would it be possible for you to e-mail me the complaints filed on Thursday in the district court and the court of federal claims?

And please convey my best wishes to Vance--tell him he's greatly missed.

Bill A.

**Applegate, Alexis**

**From:** Harper, Keith
**Sent:** Friday, December 29, 2006 3:02 PM
**To:** Applegate, Alexis
**Cc:** Roy, Sandy
**Subject:** Re: ECF for the CFC

Thanks Alexis. Appreciate your hard work.

-----Original Message-----
From: Applegate, Alexis
To: Harper, Keith
CC: Roy, Sandy
Sent: Fri Dec 29 14:29:06 2006
Subject: ECF for the CFC

Keith,

You need to fill out this form and submit. In addition you will need to take the test as is required on the form (there is a link to it). You have to do this in order to get ECF login and password which we will need to continue filing documents in the CFC. Please do this sometime on Tuesday or before.

http://www.uscfc.uscourts.gov/CMECF_Section/Accounts.htm

Thanks,
Alexis



SR000198