# DEFENDANT'S

# EXHIBIT

# 11

STAYED, TYPE-E

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:06-cv-02241-JR

SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY v. KEMPTHORNE et al
Assigned to: Judge James Robertson
Case: 1:04-cv-00283-JR
Cause: 28:1362 Indian Tribal Controversy

Date Filed: 12/29/2006
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY**

represented by **Keith M. Harper**
KILPATRICK STOCKTON, LLP
607 14th Street, NW
Suite 900
Washington, DC 20005
(202) 508-5844
Fax: (202) 585-0919
Email: kharper@kilpatrickstockton.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George William Austin, III**
KILPATRICK STOCKTON, LLP
607 14th Street, NW
Suite 900
Washington, DC 20005
(202) 508-5858
Fax: 202-508-5858
Email: baustin@kilpatrickstockton.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DIRK KEMPTHORNE**
*Secretary of the Interior*

represented by **John H. Martin**
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
Natural Resources Section
1961 Stout Street
Eighth Floor
Denver, CO 80294
(303) 844-1383

Fax: (303) 844-1350
Email: john.h.martin@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ROSS O. SWIMMER**
*Special Trustee, Office of Special Trustee for American Indians*

represented by **John H. Martin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**HENRY M. PAULSON**
*Secretary of the Treasury*

represented by **John H. Martin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/29/2006 | 1 | COMPLAINT against DIRK KEMPTHORNE, ROSS O. SWIMMER, HENRY M. PAULSON ( Filing fee $ 350 receipt number 4616001252.) filed by SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY. (Attachments: # 1 Civil Cover Sheet)(td, ) (Entered: 01/03/2007) |
| 12/29/2006 | | SUMMONS (5) Issued as to DIRK KEMPTHORNE, ROSS O. SWIMMER, HENRY M. PAULSON, U.S. Attorney and U.S. Attorney General (td, ) (Entered: 01/03/2007) |
| 12/29/2006 | 2 | NOTICE OF RELATED CASE by SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY. Case related to Case No. 04-283 JR. (td, ) (Entered: 01/03/2007) |
| 02/21/2007 | 3 | NOTICE of Appearance by John H. Martin on behalf of all defendants (Martin, John) (Entered: 02/21/2007) |
| 02/21/2007 | 4 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint by DIRK KEMPTHORNE, ROSS O. SWIMMER, HENRY M. PAULSON. (Attachments: # 1 Text of Proposed Order)(Martin, John) (Entered: 02/21/2007) |
| 02/27/2007 | | MINUTE ORDER granting defendants' unopposed motion for extension of time 4 to March 13, 2007. Signed by Judge James Robertson on February 27, 2007. (MT) (Entered: 02/27/2007) |
| 03/13/2007 | 5 | ANSWER to Complaint by DIRK KEMPTHORNE, ROSS O. SWIMMER, HENRY M. PAULSON. Related document: 1 Complaint filed by SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY. (Martin, John) (Entered: 03/13/2007) |
| 04/25/2007 | 6 | NOTICE of Appearance by George William Austin, III on behalf of SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY (Austin, |

| | | |
|---|---|---|
| | | George) (Entered: 04/25/2007) |
| 04/25/2007 | 7 | Joint MOTION for Extension of Time to *File Local Rule 16.3 Joint Report* by DIRK KEMPTHORNE, ROSS O. SWIMMER, HENRY M. PAULSON (Attachments: # 1 Text of Proposed Order)(Martin, John) (Entered: 04/25/2007) |
| 05/02/2007 | 8 | MOTION for Extension of Time to *File Report Pursuant to Federal Rule 26(f) and Local Civil Rule 16.3 and to Serve Initial Disclosures and Proposed Order* by SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY (Attachments: # 1 Text of Proposed Order)(Harper, Keith) (Entered: 05/02/2007) |
| 05/03/2007 | 9 | ENTERED IN ERROR.....STATUS REPORT *PURSUANT TO FED. R. CIV. P. 26(f) AND LOCAL CIVIL RULE 16.3* by SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY, DIRK KEMPTHORNE, ROSS O. SWIMMER, HENRY M. PAULSON. (Attachments: # 1 Text of Proposed Order Plaintiff's Proposed Order# 2 Text of Proposed Order Defendant's Proposed Order)(Harper, Keith) Modified on 5/4/2007 (lc, ). (Entered: 05/03/2007) |
| 05/04/2007 | | NOTICE OF CORRECTED DOCKET ENTRY: re 9 Status Report, was entered in error at the request of counsel and will be refiled. (lc, ) (Entered: 05/04/2007) |
| 05/04/2007 | 10 | STATUS REPORT *PURSUANT TO FED. R. CIV. P. 26(f) AND LOCAL CIVIL RULE 16.3* by SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY, DIRK KEMPTHORNE, ROSS O. SWIMMER, HENRY M. PAULSON. (Attachments: # 1 Text of Proposed Order # 2 Text of Proposed Order)(Harper, Keith) (Entered: 05/04/2007) |
| 05/21/2007 | | NOTICE of Hearing:A Status Conference is scheduled in this case for 6/4/2007 at 11:00 A.M. in Courtroom 23,Annex Building, Fourth Floor before Judge James Robertson. (jwd) (Entered: 05/21/2007) |
| 05/22/2007 | | Set Deadlines/Hearings: Status Conference scheduled for 6/4/2007 is VACATED. Status Conference is now RESCHEDULED to 6/6/2007 at 2:00 P.M. in Courtroom 23, Annex Building, Fourth Floor before Judge James Robertson. (jwd) (Entered: 05/22/2007) |
| 06/06/2007 | | Minute Entry. Proceedings held before Judge James Robertson : Status Conference held on 6/6/2007. (Court Reporter William McAllister.) (alr, ) (Entered: 06/08/2007) |
| 06/16/2007 | 11 | TRANSCRIPT of Status Conference held on 6/6/2007 before Judge James Robertson. Court Reporter: William D. McAllister. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m, Monday through Friday. Transcript filed with Case 06-2236.(lc, ) (Entered: 06/18/2007) |
| 06/18/2007 | 12 | RESPONSE to *DEFENDANTS' REQUEST TO DELAY THESE PROCEEDINGS TO FILE A MOTION TO REMAND* filed by SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY. (Harper, Keith) |

| | | |
|---|---|---|
| | | (Entered: 06/18/2007) |
| 06/18/2007 | 13 | MEMORANDUM re 10 Status Report, filed by DIRK KEMPTHORNE, ROSS O. SWIMMER, HENRY M. PAULSON, SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY by DIRK KEMPTHORNE, ROSS O. SWIMMER, HENRY M. PAULSON. (Martin, John) (Entered: 06/18/2007) |
| 07/02/2007 | 14 | ORDER STAYING CASE for 30 days from the date of this order; directing that the government has 30 days from the date of this order to file its anticipated remand motion in any or all of these cases; consolidating those cases, in which the government files such a motion,for limited purpose of the remand motion; staying the consolidated cases until the remand motion is decided; directing that, in any case in which the government does not file such a motion, the government will be deemed to have waived its remand argument. Signed by Judge James Robertson on 7/2/07. (jeb, ) (Entered: 07/02/2007) |
| 07/30/2007 | 15 | MOTION for Extension of Time to *File Remand Motion* by DIRK KEMPTHORNE, ROSS O. SWIMMER, HENRY M. PAULSON (Attachments: # 1 Exhibit 1# 2 Text of Proposed Order)(Martin, John) (Entered: 07/30/2007) |
| 07/31/2007 | 16 | ORDER granting defendants' motions for enlargement of time within which to file remand motions; defendants to file remand motions in any or all of these cases by 8/10/07; extending the temporary stay of all proceedings until 8/10/07; directing that all other provisions of the Court's 7/2/07 Order shall remain in effect. (signed by Judge Richard W. Roberts for Judge James Robertson on 7/31/07.) (Entered: 07/31/2007) |
| 08/10/2007 | 17 | MOTION to Remand *and Stay of Litigation* by DIRK KEMPTHORNE, ROSS O. SWIMMER, HENRY M. PAULSON (Attachments: # 1 Text of Proposed Order)(Martin, John) (Entered: 08/10/2007) |
| 08/11/2007 | 18 | MEMORANDUM re 17 MOTION to Remand *and Stay of Litigation* filed by DIRK KEMPTHORNE, ROSS O. SWIMMER, HENRY M. PAULSON by DIRK KEMPTHORNE, ROSS O. SWIMMER, HENRY M. PAULSON. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11# 12 Exhibit 12# 13 Exhibit 13# 14 Exhibit 14)(Martin, John) (Entered: 08/11/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/22/2007 15:38:35 | | | |
| **PACER Login:** | | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:06-cv-02241-JR |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |