# DEFENDANT'S

# EXHIBIT

# 12

ADR, AUTO, ECF

**US Court of Federal Claims**
**United States Court of Federal Claims (COFC)**
**CIVIL DOCKET FOR CASE #: 1:06-cv-00943-LMB**

SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY v. USA
Assigned to: Judge Lawrence M. Baskir
Referred to: Judge Marian Blank Horn
Demand: $80,000,000
Cause: 28:1491 Tucker Act

Date Filed: 12/29/2006
Jury Demand: None
Nature of Suit: 504 Native American
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY**

represented by **Keith M. Harper**
Kilpatrick Stockton, LLP
607 14th Street, N.W.
#900
Washington, DC 20005
(202) 508-5844
Fax: (202) 585-0007
Email: kharper@kilpatrickstockton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**USA**

represented by **Kevin James Larsen**
U.S. Department of Justice
601 D Street, N.W.
Washington, DC 20004
(202) 305-0258
Fax: (202) 305-0506
Email: kevin.larsen@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/29/2006 | 1 | COMPLAINT against USA (DOI) ( Filing fee $250, Receipt number 065958), filed by THE SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY.**Answer due by 2/27/2007.** (Attachments: # 1)(vro) (Entered: 01/04/2007) |
| 12/29/2006 | 2 | NOTICE of Assignment to LAWRENCE M. BASKIR (vro) (Entered: |

| | | |
|---|---|---|
| | | 01/04/2007) |
| 12/29/2006 | 3 | NOTICE of Assignment to Judge MARIAN BLANK HORN for ADR Pilot proceedings. (vro) (Entered: 01/04/2007) |
| 12/29/2006 | 4 | NOTICE of Designation of Electronic Case. (vro) (Entered: 01/04/2007) |
| 02/21/2007 | 5 | NOTICE of Appearance by Kevin James Larsen for USA. (Larsen, Kevin) (Entered: 02/21/2007) |
| 02/21/2007 | 6 | Unopposed MOTION for Extension of Time until 3/27/2007 to File Answer re 1 Complaint, filed by USA.**Response due by 3/12/2007.** (Attachments: # 1 # 2)(Larsen, Kevin) (Entered: 02/21/2007) |
| 02/21/2007 | 7 | MOTION to Amend/Correct 6 Unopposed MOTION for Extension of Time until 3/27/2007 to File Answer re 1 Complaint, filed by USA.**Response due by 3/12/2007.** (Attachments: # 1 # 2 # 3) (Larsen, Kevin) (Entered: 02/21/2007) |
| 02/22/2007 | 8 | ORDER granting 6 Motion for Extension of Time to Answer, granting 7 Motion to Amend/Correct EOT; AND INCLUDES THIS COURT'S SPECIAL PROCEDURES ORDER. **Answer due by 3/27/2007.** Signed by Judge Lawrence M. Baskir. (dcl) (Entered: 02/22/2007) |
| 03/27/2007 | 9 | *Defendant's* ANSWER to 1 Complaint, filed by USA.**JPSR due by 5/21/2007.**(Larsen, Kevin) (Entered: 03/27/2007) |
| 05/11/2007 | 10 | JOINT PRELIMINARY STATUS REPORT. (Attachments: # 1 Appendix)(Harper, Keith) (Entered: 05/11/2007) |
| 05/30/2007 | 11 | NOTICE of Appearance by Keith M. Harper for SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY *To Enter Appearance of G. William Austin As Of Counsel*. (Harper, Keith) (Entered: 05/30/2007) |
| 06/01/2007 | 12 | CERTIFICATE OF SERVICE, filed by SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY *Plaintiff's Rule 26(a)(1) Initial Disclosures* (Harper, Keith) (Entered: 06/01/2007) |
| 06/01/2007 | 13 | CERTIFICATE OF SERVICE, filed by USA (Larsen, Kevin) (Entered: 06/01/2007) |
| 06/06/2007 | 14 | ORDER requesting 3 PSC (phone) dates between 6/18&27/07 nlt 6/15/07. Signed by Judge Lawrence M. Baskir. (dcl) (Entered: 06/06/2007) |
| 06/13/2007 | 15 | ORDER confirming PSC (phone) for 2pm on Monday, 6/25/07. Signed by Judge Lawrence M. Baskir. (dcl) (Entered: 06/13/2007) |
| 06/26/2007 | 16 | ORDER summarizing PSC (phone) held on 6/25/07. Briefing sched for Sec 1500 issue included. Signed by Judge Lawrence M. |

| | | |
|---|---|---|
| | | Baskir. (dcl) (Entered: 06/26/2007) |
| 06/26/2007 | 17 | NOTICE, filed by USA *Notice of filing Joint Status Report* (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8)(Larsen, Kevin) (Entered: 06/26/2007) |

## PACER Service Center

### Transaction Receipt

08/22/2007 15:39:47

| | | | |
|---|---|---|---|
| **PACER Login:** | | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:06-cv-00943-LMB |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |