# DEFENDANT'S

# EXHIBIT

# 13

ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
DEC 29 2006
U.S. COURT OF FEDERAL CLAIMS

THE SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*

No. 06-943 L

**COMPLAINT FOR DAMAGES FOR BREACH OF TRUST OBLIGATIONS**

I. GENERAL NATURE OF THE ACTION

1. This action is an action for money damages against the United States, brought to redress gross breaches of trust by the United States, acting by and through Dirk Kempthorne, Secretary of the Interior ("Kempthorne"), Ross Swimmer, Special Trustee for American Indians ("Swimmer"), and Henry M. Paulson, Secretary of the Treasury ("Paulson"), and their predecessors in office and subordinates, as trustees and trustee-delegates of land, mineral resources and other assets held by them for the benefit of the Salt River Pima-Maricopa Indian Community ("Community"). As set forth more fully below, this case arises out of Defendant's continuing material breaches of statutory, regulatory, and fiduciary duties owed to the Community and the Community seeks damages for Defendant's mismanagement of the Community's trust property.

II. THE PARTIES

2. Plaintiff is a federally recognized Indian tribe with nearly 6,000 enrolled members, located in Arizona. It is the beneficiary of real property and the proceeds therefrom,