# DEFENDANT'S

# EXHIBIT

# 1

Hoang, Anthony
Tribal - Trust

KILPATRICK
STOCKTON LLP
Attorneys at Law

Suite 900 607 14th St., NW
Washington DC 20005-2018
t 202 508 5800 f 202 508 5858
www.KilpatrickStockton.com

direct dial 202 824 1435
direct fax 202-585-0017
CMunson@KilpatrickStockton.com

September 18, 2007

DEPT. OF JUSTICE - ENRD
ENVIRONMENT DIVISION
7 SEP 21 AM 11:23

**<u>VIA FACSIMILE and U.S. MAIL</u>**

Kevin Larsen, Esq.
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663

Re: *Salt River Pima-Maricopa Indian Community v. The United States of America*, Case No. 06-943L

Dear Kevin:

Enclosed please find a hard copy of SR00336, which I referenced and produced to you in connection with my e-mail to you of today's date.

Please do not hesitate to contact me should you wish to discuss the matter further.

Very truly yours,

Catherine Munson

Catherine F. Munson

cc: G. William Austin, Esq.
Keith M. Harper, Esq.

corr
90-2-20-12079

US2000 10302378.1

**Teschemaker, James**

**From:** Bosken, Katherine
**Sent:** Friday, December 29, 2006 9:26 AM
**To:** Applegate, Alexis
**Cc:** Guilder, Justin; Harper, Keith; Smith, David
**Subject:** CFC versions of TON, Salt River, and Ak-Chin
**Attachments:** FINAL TON CFC complaint.DOC.nrl; USE THIS FINAL SRPMIC CFC COMPLAINT.doc.nrl; FINAL Ak Chin CFC complaint.DOC.nrl

**REDACTED**

Alexis,

I've attached document links to the final CFC complaints for TON, Salt River, and Ak-Chin. Justin is handling Passamaquoddy

Call with any questions x 7468.

**REDACTED**

Thanks,
Katie

KILPATRICK STOCKTON LLP
Attorneys at Law

Katherine M. R. Bosken
Kilpatrick Stockton LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400
t 336 607 7468
f 336 734 2635

Confidentiality Notice:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at 336 607 7300, and destroy the original transmission and its attachments without reading or saving in any manner.

KILPATRICK
STOCKTON LLP

X-RAYED
SEP 21 2007
DOJ MAILROOM
BY:
TIME:

neopost

049J82039566
$00.41 0
09/19/2007
Mailed From 20005
US POSTAGE

Kevin Larsen, Esq.
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663

20044+0663