IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 06-943<br>Judge Lawrence M. Baskir<br>**(Electronically Filed November 8, 2007)** |

**MOTION TO SUPPLEMENT THE RECORD AND FOR SUPPLEMENTAL BRIEFING**

NOW COMES Plaintiff, the Salt River Pima-Maricopa Indian Community ("Plaintiff-Beneficiary"), by and through counsel, pursuant to the Rules of the United States Court of Federal Claims ("RCFC") Rules 7, 43(e), and 80, and respectfully moves for an order supplementing the record with the October 24, 2007 Transcript of Evidentiary Hearing in *Ak-Chin Indian Community v. United States*, No. 06-932L, conducted before Judge Emily C. Hewitt of the Court of Federal Claims. Plaintiff further moves for supplemental briefing pursuant to RCFC Rule 15(a), to address the sequence of filing issues described in the hearing and reflected in the official transcript. The factual and legal grounds for this Motion are set forth in the brief filed concurrently herewith.

This the 8th day of November, 2007.

Respectfully submitted,

/s/ Keith Harper

KEITH HARPER
D.C. Bar No. 451956
E-mail: kharper@kilpatrickstockton.com
G. WILLIAM AUSTIN
D.C. Bar No. 478417
E-mail baustin@kilpatrickstockton.com
KILPATRICK STOCKTON, LLP
607 14th Street, N.W.
Washington, D.C. 20005
Phone: (202) 508-5800

*Attorneys for Plaintiff*
The Salt River Pima-Maricopa Indian Community

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 06-943L<br>Judge Lawrence M. Baskir<br>**Electronically filed on November 8, 2007** |

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion to Supplement the Record and For Supplemental Briefing was electronically filed using the Court's ECF system and that the below-listed counsel are ECF users and will be served via the ECF System:

Kevin J. Larsen, Esq.
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663

This 8th day of November, 2007.

/s/ Keith Harper
KEITH HARPER
D.C. Bar No. 451956
E-mail: kharper@kilpatrickstockton.com
G. WILLIAM AUSTIN
D.C. Bar No. 478417
E-mail: baustin@kilpatrickstockton.com
**Kilpatrick Stockton LLP**
607 14th Street, N.W.
Washington, D.C. 20005
Phone: (202) 508-5800

*Attorneys for Plaintiff*
The Salt River Pima-Maricopa Indian Community