# In the United States Court of Federal Claims

Case No. 06-943L
(Filed: November 2, 2007)

****************************************************
THE SALT RIVER PIMA-MARICOPA *
INDIAN COMMUNITY, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

**ORDER**

This Order confirms the **telephonic Status Conference** (on the record) scheduled for **10:00 a.m., on Friday, November 9, 2007.** The scope of this conference will be limited to those issues relevant to the Defendant's Motion to Dismiss Pursuant to 28 U.S.C. § 1500, which is currently before the Court.

The Defendant shall initiate the conference call with the Plaintiff before calling the Judge at (202) 357-6504.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge