# In the United States Court of Federal Claims

Case No. 06-943L
(Filed: November 14, 2007)

*******************************************************
THE SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY, *Plaintiff,*

v.

THE UNITED STATES OF AMERICA, *Defendant.*
*******************************************************

## ORDER

This Order confirms the **evidentiary hearing** scheduled for **10:00 a.m., on Monday, December 10, 2007.** The scope of this hearing will be limited to those issues relevant to the Defendant's Motion to Dismiss Pursuant to 28 U.S.C. § 1500, which is currently before the Court.

The hearing will be held in the U.S. Court of Federal Claims courtroom at the National Courts Building, 717 Madison Place, N.W., Washington, D. C. 20005. Counsel Plaintiff and Defendant shall appear in person.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge