IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 06-943<br>Judge Lawrence M. Baskir<br>**(Electronically Filed December 3, 2007)** |

**PLAINTIFF'S SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO SUPPLEMENT THE RECORD AND FOR SUPPLEMENTAL BRIEFING**

On November 8, 2007, Plaintiff, the Salt River Pima-Maricopa Indian Community ("Salt River"), filed a Motion to Supplement the Record and for Supplemental Briefing (the "Motion.") In this Motion, Salt River moved the Court to include in the record on Defendant's Motion to Dismiss Pursuant to 28 U.S.C. § 1500, the transcript of the evidentiary hearing held by Emily C. Hewitt in *Ak-Chin Indian Community v. United States*, No. 06-932L, on October 24, 2007 ("Hearing Transcript"), during which Alexis Applegate testified. Salt River also requested that the Court order supplemental briefing to give the parties the opportunity to address Ms. Applegate's testimony.

On November 9, 2007, the Court held a Status Conference and heard the parties' arguments concerning Salt River's Motion. At that Hearing, the Court ruled that it will hold an evidentiary hearing, during which Ms. Applegate will testify, that "the transcript of Judge Hewitt's hearing may properly be part of our record" and it was "inclined to admit [the Hearing Transcript] as a piece of evidence." Transcript of Proceedings, November 9, 2007 ("November 9th Hearing Tr.") p. 10. The Court also ruled that it will address the issue of supplemental briefing at the conclusion of the evidentiary hearing, which was later scheduled to occur on December 10, 2007. (Nov. 9th Hearing Tr. p. 24; November 14, 2007 Order.)

Because Defendant did not file an opposition to Salt River's Motion, which it was required to do under RCFC 7.2(a) by November 26, 2007, and the Court indicated its willingness to admit the Hearing Transcript during the November 9, 2007 Status Conference, Salt River submits for the Court's consideration a proposed order granting Salt River's request that the Hearing Transcript be included in the record. *See* Proposed Order, attached hereto as Exhibit A. The proposed order also reflects the Court's ruling that the issue of supplemental briefing will be addressed at the conclusion of the December 10, 2007 Hearing. *See id.*

This the 3rd day of December, 2007.

Respectfully submitted,

/s/ Keith Harper

KEITH HARPER
D.C. Bar No. 451956
E-mail kharper@kilpatrickstockton.com
G. WILLIAM AUSTIN
D.C. Bar No. 478417
E-mail baustin@kilpatrickstockton.com
CATHERINE F. MUNSON
Georgia Bar No. 529621
E-mail cmunson@kilpatrickstockton.com
KILPATRICK STOCKTON, LLP
607 14th Street, N.W.
Washington, D.C. 20005
Phone: (202) 508-5800

*Attorneys for Plaintiff*
The Salt River Pima-Maricopa Indian Community

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 06-943L<br>Judge Lawrence M. Baskir<br>**Electronically filed on December 3, 2007** |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing PLAINTIFF'S SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO SUPPLEMENT THE RECORD AND FOR SUPPLEMENTAL BRIEFING was electronically filed using the Court's ECF system and that the below-listed counsel are ECF users and will be served via the ECF System:

Kevin J. Larsen, Esq.
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663



US2000 10477209.1

This 3rd day of December, 2007.

/s/ Keith Harper
KEITH HARPER
D.C. Bar No. 451956
E-mail kharper@kilpatrickstockton.com
G. WILLIAM AUSTIN
D.C. Bar No. 478417
E-mail baustin@kilpatrickstockton.com
CATHERINE F. MUNSON
Georgia Bar No. 529621
E-mail cmunson@kilpatrickstockton.com
**Kilpatrick Stockton LLP**
607 14th Street, N.W.
Washington, D.C. 20005
Phone: (202) 508-5800
*Attorneys for Plaintiff*
The Salt River Pima-Maricopa Indian
Community

EXHIBIT A

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 06-943L<br>Judge Lawrence M. Baskir |

**ORDER**

This matter comes before the Court on Plaintiff's Motion to Supplement the Record and for Supplemental Briefing. After careful consideration, review of the Motion and having heard the parties' arguments, the Court hereby Orders as follows:

1. The transcript of the evidentiary hearing held by Emily C. Hewitt in *Ak-Chin Indian Community v. United States*, No. 06-932L, on October 24, 2007 is admitted into the record on Defendant's Motion to Dismiss Pursuant to 28 U.S.C. § 1500.

2. The Court will consider the issue of supplemental briefing to address Alexis Applegate's testimony at the close of the evidentiary hearing scheduled for 10:00 a.m. on December 10, 2007.

IT IS SO ORDERED this ____ day of December, 2007.

Lawrence M. Baskir
Judge