# EXHIBIT A

# Select A Case

| | | |
|---|---|---|
| 1:06-cv-02240-JR | PASSAMAQUODDY TRIBE OF MAINE v. KEMPTHORNE et al | filed 12/29/06 |
| 1:06-cv-02241-JR | SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY v. KEMPTHORNE et al | filed 12/29/06 |
| 1:06-cv-02242-JR | COEUR D' ALENE TRIBE v. KEMPTHORNE et al | filed 12/29/06 |
| 1:06-cv-02243-HHK | WEBB v. LAPPIN et al | filed 12/29/06 |
| 1:06-cv-02244-RJL | VERNER v. OFFICE OF PERSONNEL MANAGEMENT et al | filed 12/29/06 |
| 1:06-cv-02245-JR | AK-CHIN INDIAN COMMUNITY v. KEMPTHORNE et al | filed 12/29/06 |
| 1:06-cv-02246-CKK | GRIFFIN v. COASTAL INTERNATIONAL SECURITY INC. | filed 12/29/06 |
| 1:06-cv-02247-JR | SOKAOGON CHIPPEWA COMMUNITY v. KEMPTHORNE et al | filed 12/29/06 |
| 1:06-cv-02248-RWR | WATSON v. UNITED STATES DEPARTMENT OF JUSTICE | filed 12/29/06 |
| 1:06-cv-02249-JR | GILA RIVER INDIAN COMMUNITY v. KEMPTHORNE et al | filed 12/29/06 |
| 1:06-cv-02250-JR | NORTHERN CHEYENNE TRIBE OF INDIANS v. KEMPTHORNE et al | filed 12/29/06 |
| 1:06-cv-02251-RWR | MATERIA v. CHAO | filed 12/29/06 |

| | | | |
|---|---|---|---|
| 1:06-cv-02252-RJL | SWEENEY v. J.D. LONG MASONRY, INC. | filed 12/29/06 | |
| 1:06-cv-02253-RCL | PALIOTTO v. JOHNNY ROCKETS GROUP, INC. | filed 12/29/06 | |
| 1:06-cv-02254-JR | HAUDENOSAUNEE et al v. KEMPTHORNE et al | filed 12/29/06 | |
| 1:06-cv-02255-RMC | COLEMAN v. LAPPIN et al | filed 12/29/06 | |
| 1:06-cv-02256-RJL | WILLS v. SMITH | filed 12/29/06 | |
| 1:06-cv-02257-CKK | HARRIS v. GOINS | filed 12/29/06 | |
| 1:06-cv-02258-RMU | HARLEY v. U.S. PAROLE COMMISSION | filed 12/29/06 | |
| 1:06-cv-02259-UNA | STAMPS v. SECRETARY OF TREASURY | filed 12/29/06 | closed 12/29/06 |
| 1:06-cv-02260-RWR | BEYNUM v. CLAY et al | filed 12/29/06 | |
| 1:06-cv-02261-RWR | RUFFIN v. DEPARTMENT OF YOUTH REHABILITATION SERVICES et al | filed 12/29/06 | closed 04/13/07 |
| 1:06-cv-02262-RJL | WILSON-GREENE v. DEPARTMENT OF YOUTH REHABILITATION SERVICES et al | filed 12/29/06 | |
| 1:06-cv-02263-RWR | CRUZ-PACKER v. DEPARTMENT OF YOUTH REHABILITATION SERVICES et al | filed 12/29/06 | |
| 1:06-cv-02264-GK | DAVIS v. DEPARTMENT OF YOUTH REHABILITATION SERVICES et al | filed 12/29/06 | closed 03/22/07 |

| | | |
|---|---|---|
| 1:06-cv-02265-RMU | CARVAJAL v. DRUG ENFORCEMENT AGENCY et al | filed 12/29/06 |
| 1:06-cv-02266-HHK | WILLIAMS FUND PRIVATE EQUITY GROUP, INC. v. ENGEL | filed 12/29/06 |
| 1:06-cv-02267-RMU | ROY et al v. GOVERNMENT OF THE DISTRICT OF COLUMBIA | filed 12/29/06 |
| 1:06-cv-02268-JDB | BEAIRD et al v. GONZALES et al | filed 12/29/06 |
| 1:06-cv-02269-ESH | FALCK et al v. INTERNAL REVENUE SERVICE et al | filed 12/29/06 |
| 1:06-mc-00566-CKK | HUSSEIN | filed 12/29/06 |
| 1:07-mc-00010-GK | MUHAMMAD v. CIA AGENT et al. | filed 12/29/06 |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/11/2007 18:58:21 | | | |
| **PACER Login:** | | **Client Code:** | |
| **Description:** | Search | **Search Criteria:** | Filed From: 12/29/2006 Filed To: 12/29/2006 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

# EXHIBIT B

FILED
DEC 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
DISTRICT OF COLUMBIA CIRCUIT

MONROE L. COLEMAN
Reg. No. #01723-016
USP Terre Haute
P.O. Box 12015
Terre Haute, IN 47801

Plaintiff,

vs.

HARLEY LAPPINS, Director
Bureau of Prisons
Dept. of Justice
320 First Street, N.W.
Washington, D.C. 20530

and

ELIZABETH HERMAN, Supervisor
Office of Bar Counsel
Building B, Room 228
409 "E" Street, N.W.
Washington, D.C. 2001

Defendant.

and

FREEDOM OF INFORMATION ACT OFFICE
950 Penn. Avenue, N.W.
Washington, D.C. 20001

Defendant.

CASE NUMBER 1:06CV02255

JUDGE: Rosemary M. Collyer

DECK TYPE: FOIA/Privacy Act

29
DATE STAMP: 12/[redacted]/2006

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

RECEIVED
DEC 11 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## JURISDICTION

I Monroe L. Coleman, pro se, submits this action under the Freedom of Information Act, Title 5 U.S.C. §552, to order the defendants to produce certain records for inspection and copying, viz., Investigaating Report(s) submitted on or against former

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**333 Constitution Avenue, N.W.**
**Washington, DC 20002**

**Anthony L. Wills DCDC 219-128**
**DC Department of Corrections DC Jail**

**Petitioner,**

**V.** **Civil Action No._______**

**Warden William J. Smith**
**D.C. Department Of Correction**
**1901 D Street SE**
**Washington, DC 20003, Respondent**

**U.S. Parole Commission, ET.AL.,**
**5550 Friendship Boulevard**
**Chevy Chase, Md. 20815-7286**

**MEMORANDUM AND AUTHORITY OF LAWS**
**IN SUPPORT OF PETITIONER'S WRIT OF HABEAS CORPUS**

The Petitioner now challenge the Constitutionality of The Parole Commission's authority having jurisdiction over his "Post Supervision Release Term" and the power to revoke his sentence again. The criminal procedure rule No. 32.1 grants authority to Magistrate Judge to hold a "Probable Cause Hearing" on D.C. Code Offenders and not parole officials. Regardless of Mr. Wills violating any condition of parole, his sentencing Judge will not take any further action against him.

**JURISDICTION**

**Jurisdiction is conferred upon this Honorable Court pursuit to Title 28 U.S.C. Section 2241 and 2243. As well as Title 18 U.S.C. § 1201.**

**FACTS OF THIS CASE**

06 2255

**Prior to the year of 1990, Mr. Wills received a sentence of 2 to 6 years for Distribution of Heroin and 20 months to 5 years for Distribution of Cocaine, which both**

FILED
DEC 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FILED

DEC 29 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: UNITED STATE DISTRICT COURT FOR THE DISTICT OF COLUMBIA

Dwight Harris
Arlington County Detention Facility
1435 North Courthouse Road
Arlington, Va. 22201

Vs

Alvin Goins Jr.
13401 Doncaster Lane
Sivler Spring, Md. 20904

CASE NUMBER 1:06CV02257

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Pro se General Civil

29

DATE STAMP: 12/[redacted]/2006

## Civil Complaint

This civil complaint is solely against Mr. Alvin Goins Jr. for breach of promise in two matters, one the agreement to sale me the dwelling of 4923 New Hampshire Ave. N.W. Washington D.C. 20011 and/ or two, the refusal to pay me for my services in remodeling and restoring of the condemned dwelling at 4923 New Hampshire Ave. N.W. Washington, D.C. 20011, in the year of 2004.

My complaint is as follow to this most honorable court:

In the month of March of the year 2004, while renting a condo unit from Mr. Alvin Goins Jr. in S.E. Washington, D.C. I was asked by Ms. Lucy Price , my mother who manages a number of housing projects for Mr. Alvin Goins Jr. if I would be interested in restoring the condemned property that Mr. Alvin Goins Jr. owned at 4923 New Hampshire Ave. N.W. Washington, D.C. The property was listed condemned by the Housing and Fire Department Authorities of the District of Columbia , because of a electrical fire that took place inside the property.

RECEIVED

NOV 29 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FILED
DEC 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HARVEY R. HARLEY #185-026
DC Jail
1901 D St. S.E.
Washington, DC 20003
PETITIONER

U.S. PAROLE COMMISSION (
RESPONDANT

CASE NUMBER 1:06CV02258
JUDGE: Ricardo M. Urbina
DECK TYPE: Habeas Corpus/2255
DATE STAMP: 12/[redacted]/2006 29

# "EMERGENCY WRIT OF HEBEAS CORPUS"

COMES NOW PETITIONER, HARVEY R. HARLEY, PRO-SE, REQUESTING THIS HONORABLE COURT TO VACATE/DISMISS THE PAROLE VIOLATOR WARRANT ISSUED BY THE U.S. PAROLE COMMISSION, DATED MAY 15, 2006, TO DISMISS/VACATE THE RESULTS OF THE ILLEGAL "PROBABLE CAUSE HEARING" HELD JULY 28, 2006, AND TO VACATE/DISMISS THE RESULTS OF THE ILLEGAL "PAROLE REVOCATION HEARING" HELD ON SEPTEMBER 14, 2006, AS BOTH HEARINGS WERE DONE IN VIOLATION OF PETITIONERS CONSTITUTIONAL RIGHT OF DUE PROCESS OF THE LAW, AS MANDATED BY STATUTORY LAW AT 28 C.F.R. 2.101(A). PETITIONER REQUEST THIS HONORABLE COURT TO VACATE THE WARRANT, AND ORDER

RECEIVED
OCT 1 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FILED
DEC 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
IN WASHINGTON D.C.

IVAN COMEDORE STAMPS, Plaintiff #68133
Secured Party
Acc. Unit C
POB 300
Canon City, CO 81215

SECRETARY OF TREASURY, Defendant
1500 Pennsylvania NW.
Washington D.C. 20220

CASE NUMBER 1:06CV02259

JUDGE: Unassigned

DECK TYPE: Civil Rights (non-employm

29
DATE STAMP: 12/[redacted]/2006

---

PETITION FOR WRIT OF ALTERNATIVE MANDAMUS

---

Ivan Comedore stamps the Principal for Debtor: IVAN COMEDORE STAMPS, plaintiff humbly petitions this Court for the issuance of a Writ of Alternative Mandamus to be issued in this first application for relief, instructing the Department of Treasury to perform their duty in execution of a Payment Order or show cause for non-performance of duty without issuance of notice of rejection of Payment Order or Notice of dishonor pursuant to the Uniform Commercial Code, or other provisions.

JURISDICTION

The U.S. District Court located in Washington D.C. has jurisdiction to issue Writ of Mandamus to federal agencies located in Washington D.C. pursuant to 28 USC § 1361 and the 5th Amendment.

STATEMENT OF CASE

The Plaintiff has a security interest, entitlement rights and Control of account(s) in the possession fo the Secretary of Treasury established through numerous correspondences (see exhibit 2) with the Secretary of Treasury. The Security Interest and Entitlement Rights were established via UCC-1 Financing statement no. 2005212-

RECEIVED
NOV 27 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Harold Beynum**
**1216 Missouri Ave., NW**
**Apt 1**
**Washington, DC 20001**

**Plaintiff,**

**v.**

**J.A. Clay**
**Fifth District Station**
**1805 Bladensburg Rd., NE**
**Washington, DC 20002**
**and**

**D.C. Metropolitan Police Dept.**
**Fifth District Station**
**1805 Bladensburg Rd., NE**
**Washington, DC 20002**

**and**

**District of Columbia**
**Defendants.**

**Civil Action No.:** __________

RECEIVED
U.S. DISTRICT COURT
2006 DEC 29 PM 5:53
NANCY M. MAYER-WHITTINGTON
CLERK

**NOTICE OF REMOVAL**

The D.C. Metropolitan Police Department and the District of Columbia, are defendants in the case Beynum v. J.A. Clay *et al.,* Civil Action No. 06-8267, now pending in the Superior Court of the District of Columbia. Pursuant to 28 U.S.C. §§1441 and 1446, these defendants remove the above action from the Superior Court of the District of Columbia to this Honorable Court because the claims raised in plaintiff's complaint present federal questions appropriate for this Court.

Causes of action "founded on a claim or right arising under the Constitution, treaties or laws of the United States" are removable without regard to the citizenship or residence of the parties. See 28 U.S.C. § 1441(b). Pursuant to 28 U.S.C. § 1446, parties have 30 days after the receipt of the complaint, through service or otherwise, to file its removal of an action to the Untied States District Court. The herein named defendants received a copy of the Summons and Complaint on or about December 8, 2006. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders received by undersigned counsel in this matter are attached hereto and incorporated by reference herein.

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

/s/
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7854; (202) 724-7854; (202) 727-6295
leah.taylor@dc.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this day of December 2006, a copy of the foregoing

Notice of Removal was mailed, postage prepaid to:
**Harold Beynum**
**1216 Missouri Ave., NW**
**Apt 1**
**Washington, DC 20001**

Lauren Pisano, Esq.
481 N. Frederick Avenue
#300
Gaithersburg, MD 20877

Leah Brownlee Taylor
Assistant Attorney General

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Janice P. Ruffin**
**7710 Klovstad Drive**
**Ft. Washington, D.C. 20744**

**Plaintiff,**

**v.**

**Department of Youth**
**Rehabilitation Services**
**Youth Services Center**
**1000 Mt. Olivet Road, N.E.**
**Washington, D.C. 20002**

**Vincent Schiraldi, Director**
**10000 Mt. Olivet Road, N.E.**
**Washington, D.C. 20002**

**David Brown, Deputy Director,**
**8300 Riverton Court**
**Laurel, Maryland 20724**

**Mark Schindler, Chief of Staff**
**8300 Riverton Court**
**Laurel, Maryland 20724**

**LaVern Evans, Superintendent**
**8300 Riverton Court**
**Laurel, Maryland 20724**

**Dexter Dunbar, Deputy Superintendent**
**of Treatment**
**8300 Riverton Court**
**Laurel, Maryland 20724**

**D.J. Thomas, Deputy Superintendent**
**of Operations**
**8300 Riverton Court**
**Laurel, Maryland 20724**

**Civil Action No.:** ____________

| | |
|---|---|
| **Fitzgerald Fant, Human Resources** | ) |
| **Manager** | ) |
| **/EEO Officer** | ) |
| **8300 Riverton Court** | ) |
| **Laurel, Maryland 20724** | ) |
| | ) |
| **Cathy Ohler, Human Resources Specialist** | ) |
| **Representative** | ) |
| **8300 Riverton Court** | ) |
| **Laurel, Maryland 20724** | ) |
| | ) |
| **Pili Robinson, Senior Consultant to the** | ) |
| **Department of Youth Rehabilitation** | ) |
| **The Missouri Youth Service Institute** | ) |
| **1906 Hayselton, Drive** | ) |
| **Jefferson City, MO 65109** | ) |
| **Defendants.** | ) |
| ______________________________ | ) |

**NOTICE OF REMOVAL**

The Department of Youth Rehabilitation Services, Vincent Schiraldi, David Brown, Mark Schindler, LaVern Evans, Dexter Dunbar, D.J. Thomas, Fitzgerald Fant, and Cathy Ohler are defendants in the case Janice Ruffin *v. District of Columbia, et al.*, Civil Action No. 06-8637, now pending in the Superior Court of the District of Columbia. Pursuant to 28 U.S.C. §§1441 and 1446, these defendants remove the above action from the Superior Court of the District of Columbia to this Honorable Court because the claims raised in plaintiff's complaint present federal questions appropriate for this Court.

Causes of action "founded on a claim or right arising under the Constitution, treaties or laws of the United States" are removable without regard to the citizenship or residence of the parties. See 28 U.S.C. § 1441(b). Pursuant to 28 U.S.C. § 1446, parties have 30 days after the receipt of the complaint, through service or otherwise, to file its removal of an action to the Untied States District Court. The herein named defendants received a copy

of the Summons and Complaint on or about December 11, 2006. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders received by undersigned counsel in this matter are attached hereto and incorporated by reference herein.

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

/s/ Leticia L. Valdes
LETICIA L. VALDES [0461327]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7854; (202) 442-9845; (202) 727-6295
Leticia.Valdes@dc.gov; leah.taylor@dc.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of December 2006, a copy of the foregoing Notice of Removal was mailed, postage prepaid to:

**Janice P. Ruffin**
**7710 Klovstad Drive**
**Ft. Washington, D.C. 20744**

**Andrew T. Wise, Esq.**
**Miller & Chevalier Chartered**
**655 15th Street, NW**
**Suite 900**
**Washington, Dc 2005**

Leticia L. Valdes
Assistant Attorney General

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Monika Wilson-Greene,**
**17007 Village Drive West**
**Upper Marlboro, Maryland**
**Plaintiff,**

**v.**

**Department of Youth**
**Rehabilitation Services**
**Youth Services Center**
**1000 Mt. Olivet Road, N.E.**
**Washington, D.C. 20002**

**Vincent Schiraldi, Director**
**10000 Mt. Olivet Road, N.E.**
**Washington, D.C. 20002**

**David Brown, Deputy Director,**
**8300 Riverton Court**
**Laurel, Maryland 20724**

**Mark Schindler, Chielf of Staff**
**8300 Riverton Court**
**Laurel, Maryland 20724**

**LaVern Evans, Superintendent**
**8300 Riverton Court**
**Laurel, Maryland 20724**

**Dexter Dunbar, Deputy Superintendent**
**of Treatment**
**8300 Riverton Court**
**Laurel, Maryland 20724**

**D.J. Thomas, Deputy Superintendent**
**of Operations**
**8300 Riverton Court**
**Laurel, Maryland 20724**

**Civil Action No.:** ______________

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
2007 DEC 27 PM 5: 52
NANCY M. MAYER-WHITTINGTON
CLERK

**Cathy Ohler, Human Resources Specialist)**
**Representative )**
**8300 Riverton Court )**
**Laurel, Maryland 20724 )**
**)**
**Pili Robinson, Senior Consultant to the )**
**Department of Youth Rehabilitation )**
**The Missouri Youth Service Institute )**
**1906 Hayselton, Drive )**
**Jefferson City, MO 65109 )**
**Defendants. )**
**______________________________ )**

**NOTICE OF REMOVAL**

The Department of Youth Rehabilitation Services, Vincent Schiraldi, David Brown, Mark Schindler, LaVern Evans, Dexter Dunbar, D.J. Thomas, and Cathy Ohler are defendants in the case *Monika Wilson-Greene v. District of Columbia, et al.,* Civil Action No. 06-8420, now pending in the Superior Court of the District of Columbia. Pursuant to 28 U.S.C. §§1441 and 1446, these defendants remove the above action from the Superior Court of the District of Columbia to this Honorable Court because the claims raised in plaintiff's complaint present federal questions appropriate for this Court.

Causes of action "founded on a claim or right arising under the Constitution, treaties or laws of the United States" are removable without regard to the citizenship or residence of the parties. See 28 U.S.C. § 1441(b). Pursuant to 28 U.S.C. § 1446, parties have 30 days after the receipt of the complaint, through service or otherwise, to file its removal of an action to the Untied States District Court. The herein named defendants received a copy of the Summons and Complaint on or about December 13, 2006. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders received by undersigned counsel in this matter are attached hereto and incorporated by reference herein.

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

/s/ Leticia L. Valdes
LETICIA L. VALDES [0461327]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7854; (202) 442-9845; (202) 727-6295
Leticia.Valdes@dc.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of December 2006, a copy of the foregoing Notice of Removal was mailed, postage prepaid to:

**Monika Wilson-Greene,**
**17007 Village Drive West**
**Upper Marlboro, Maryland**

**Andrew T. Wise, Esq.**
**Miller & Chevalier Chartered**
**655 15th Street, NW**
**Suite 900**
**Washington, Dc 2005**

Leticia L. Valdes
Assistant Attorney General

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

**Linda Cruz-Packer**
**4800 Megan Drive**
**Clinton, Maryland 20735**

**Plaintiff,**

**v.**

**Department of Youth**
**Rehabilitation Services**
**Youth Services Center**
**1000 Mt. Olivet Road, N.E.**
**Washington, D.C. 20002**

**Vincent Schiraldi, Director**
**1000 Mt. Olivet Road, N.E.**
**Washington, D.C. 20002**

**David Brown, Deputy Director,**
**8300 Riverton Court**
**Laurel, Maryland 20724**

**Mark Schindler, Chief of Staff**
**8300 Riverton Court**
**Laurel, Maryland 20724**

**LaVern Evans, Superintendent**
**8300 Riverton Court**
**Laurel, Maryland 20724**

**Pili Robinson, Senior Consultant to the**
**Department of Youth Rehabilitation**
**The Missouri Youth Service Institute**
**1906 Hayselton, Drive**
**Jefferson City, MO 65109**

**Fitzgerald Fant, Human Resources**
**Manager**
**/EEO Officer**
**8300 Riverton Court**
**Laurel, Maryland 20724**

**Civil Action No.: _______________**

RECEIVED
U.S. DISTRICT COURT
2006 DEC 29 PM 5:51
NANCY M. MAYER-WHITTINGTON
CLERK

**D.J. Thomas, Deputy Superintendent )**
**of Operations )**
**8300 Riverton Court )**
**Laurel, Maryland 20724 )**

**Dexter Dunbar, Deputy Superintendent )**
**of Treatment )**
**8300 Riverton Court )**
**Laurel, Maryland 20724 )**
**)**
**)**
**Defendants. )**
**)**

**NOTICE OF REMOVAL**

The Department of Youth Rehabilitation Services, Vincent Schiraldi, David Brown, Mark Schindler, LaVern Evans, Dexter Dunbar, D.J. Thomas and Fitzgerald Fant, are defendants in the case Linda Cruz-Packer *v. District of Columbia, et al.,* Civil Action No. 06-8419, now pending in the Superior Court of the District of Columbia. Pursuant to 28 U.S.C. §§1441 and 1446, these defendants remove the above action from the Superior Court of the District of Columbia to this Honorable Court because the claims raised in plaintiff's complaint present federal questions appropriate for this Court.

Causes of action "founded on a claim or right arising under the Constitution, treaties or laws of the United States" are removable without regard to the citizenship or residence of the parties. See 28 U.S.C. § 1441(b). Pursuant to 28 U.S.C. § 1446, parties have 30 days after the receipt of the complaint, through service or otherwise, to file its removal of an action to the Untied States District Court. The herein named defendants received a copy of the Summons and Complaint on or about December 4, 2006. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders received by undersigned counsel in this matter are attached hereto and incorporated by reference herein.

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

/s/
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7854; (202) 724-7854; (202) 727-6295
leah.taylor@dc.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of December 2006, a copy of the foregoing Notice of Removal was mailed, postage prepaid to:

**Linda Cruz-Packer**
**4800 Megan Drive**
**Clinton, Maryland 20735**

**Pili Robinson**
**Andrew T. Wise, Esq.**
**Miller & Chevalier Chartered**
**655 15th Street NW**
**Suite 900**
**Washington, DC 20005**

Leah Brownlee Taylor
Assistant Attorney General

RECEIVED
U.S. DISTRICT COURT
2005 DEC 27 PM 5:50
NANCY M. MAYER-WHITTINGTON
CLERK

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Henry Davis**
**8001 Boundry Drive**
**Forestville, Maryland 20747**

**Plaintiff,**

**v.**

**Department of Youth**
**Rehabilitation Services**
**Youth Services Center**
**1000 Mt. Olivet Road, N.E.**
**Washington, D.C. 20002**

**Vincent Schiraldi, Director**
**10000 Mt. Olivet Road, N.E.**
**Washington, D.C. 20002**

**Civil Action No.: _______________**

**David Brown, Deputy Director,**
**8300 Riverton Court**
**Laurel, Maryland 20724**

**Mark Schindler, Chief of Staff**
**8300 Riverton Court**
**Laurel, Maryland 20724**

**LaVern Evans, Superintendent**
**8300 Riverton Court**
**Laurel, Maryland 20724**

**D.J. Thomas, Deputy Superintendent**
**of Operations**
**8300 Riverton Court**
**Laurel, Maryland 20724**

**Cathy Ohler, Human Resources Specialist**
**Representative**
**8300 Riverton Court**
**Laurel, Maryland 20724**

| | |
|---|---|
| **Pili Robinson, Senior Consultant to the** | ) |
| **Department of Youth Rehabilitation** | ) |
| **The Missouri Youth Service Institute** | ) |
| **1906 Hayselton, Drive** | ) |
| **Jefferson City, MO 65109** | ) |
| **Defendants.** | ) |
| ______________________________ | ) |

**NOTICE OF REMOVAL**

The Department of Youth Rehabilitation Services, Vincent Schiraldi, David Brown, Mark Schindler, LaVern Evans, D.J. Thomas, and Cathy Ohler are defendants in the case *Henry Davis v. Department of Youth Rehabilitation Services, et al.*, Civil Action No. 06-8581, now pending in the Superior Court of the District of Columbia. Pursuant to 28 U.S.C. §§1441 and 1446, these defendants remove the above action from the Superior Court of the District of Columbia to this Honorable Court because the claims raised in plaintiff's complaint present federal questions appropriate for this Court.

Causes of action "founded on a claim or right arising under the Constitution, treaties or laws of the United States" are removable without regard to the citizenship or residence of the parties. See 28 U.S.C. § 1441(b). Pursuant to 28 U.S.C. § 1446, parties have 30 days after the receipt of the complaint, through service or otherwise, to file its removal of an action to the Untied States District Court. The herein named defendants received a copy of the Summons and Complaint on or about December 4, 2006. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders received by undersigned counsel in this matter are attached hereto and incorporated by reference herein.

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

/s/
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7854; (202) 724-7854; (202) 727-6295
leah.taylor@dc.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of December 2006, a copy of the foregoing Notice of Removal was mailed, postage prepaid to:

**Henry Davis**
**8001 Boundry Drive**
**Forestville, Maryland 20747**

**Pili Robinson**
**Andrew T. Wise, Esq.**
**Miller & Chevalier Chartered**
**655 15th Street NW**
**Suite 900**
**Washington, DC 20005**

Leah Brownlee Taylor
Assistant Attorney General