# In the United States Court of Federal Claims

Case No. 06-943L
(Filed: December 11, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**THE SALT RIVER PIMA MARICOPA INDIAN COMMUNITY,**
*Plaintiff,*

v.

**THE UNITED STATES OF AMERICA,**
*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

This Order confirms the **hearing** that is scheduled to take place before Judge Baskir at **10:00 a.m., on Wednesday, December 12, 2007.** The purpose of this hearing will be to enable the Court to take judicial notice pursuant to Rule 201 of the Federal Rules of Evidence of the filing procedures followed by the Office of the Clerk of the U.S. Court of Federal Claims. *See* Fed. R. Evid. 201. The Deputy Clerk of the Court, Ms. Lisa Reyes, will testify on the record.

The hearing will be held in the U.S. Court of Federal Claims courtroom at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Counsel for Plaintiff and Defendant shall appear in person.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge