# In the United States Court of Federal Claims

Case No. 06-943L
(Filed: December 11, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**THE SALT RIVER PIMA MARICOPA INDIAN COMMUNITY,**
*Plaintiff,*

v.

**THE UNITED STATES OF AMERICA,**
*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

This Order confirms issues that were decided by the Court during the evidentiary hearing which took place on at 10:00 a.m. on Monday, December 10, 2007. The scope of the hearing was limited to those issues relevant to the Defendant's Motion to Dismiss Pursuant to 28 U.S.C. § 1500, which is currently before the Court.

- The Plaintiff's **Motion to Supplement the Record and for Supplemental Briefing**, filed December 3, 2007, is hereby **GRANTED.** As such, the transcript of the evidentiary hearing which took place before The Honorable Emily C. Hewitt in *Ak-Chin Indian Community v. United States*, No. 06-932L, on October 24, 2007, is admitted into the Record in this case.

- The parties have agreed to the following supplemental briefing schedule:

    - **Thursday, January 10, 2008:** Plaintiff to file supplemental brief discussing the timing issue.

- **Thursday, January 24, 2008:** Defendant to file Response to Plaintiff's supplemental brief.

- **Thursday, January 31, 2008:** Plaintiff to file Reply to the Government's Response.

The parties are reminded that supplemental briefing shall be limited to the timing issue that was the subject of the December 10 evidentiary hearing in this Court.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge