IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 06-943<br>Judge Lawrence M. Baskir<br>**(Electronically Filed January 4, 2008)** |

**<u>JOINT MOTION TO SUBSTITUTE TRANSCRIPT</u>**

Plaintiff, the Salt River Pima-Maricopa Indian Community, and Defendant, the United States, hereby jointly move this Court to substitute the December 10, 2007 transcript prepared by Heritage Reporting Corporation with the transcript attached hereto as Exhibit A. The grounds for this Motion are as follows:

1. This Court held an evidentiary hearing on December 10, 2007, to address issues raised by Defendant's Motion to Dismiss Pursuant to 28 U.S.C. § 1500.

2. Heritage Reporting Corporation ("Heritage Reporting") produced a transcript of the December 10, 2007 Hearing to counsel for the parties. This transcript contained numerous "inaudible" notations and many

errors which affected testimony bearing directly on issues relevant to Defendant's Motion to Dismiss Pursuant to 28 U.S.C. § 1500.

3. Because the transcript provided by Heritage Reporting was unreliable, Plaintiff's counsel corrected the transcript prepared by Heritage Reporting by listening to the digital recording provided by the Court and transcribing corrections. On December 21, 2007, Plaintiff filed a Motion to Substitute Transcript requesting that this Court order that Plaintiff's corrected version of the transcript substitute the transcript provided by Heritage Reporting and be treated by the Court as the official transcript of the December 10, 2007 Hearing.

4. After receiving Plaintiff's Motion to Substitute Transcript, Defendant's counsel listened to the digital recording provided by the Court and submitted additional corrections to the transcript to Plaintiff's counsel.

5. Counsel for the parties have conferred and jointly request that the Court order that the transcript attached hereto as Exhibit A, which reflects corrections both by Plaintiff's counsel and Defendant's counsel, be treated by the Court as the official transcript of the December 10, 2007 Hearing.

6. Because the parties made additional corrections to the transcript submitted by Plaintiff in connection with Plaintiff's Motion to Substitute, Plaintiff hereby withdraws its Motion to Substitute Transcript.

This the 4th day of January, 2008.

Respectfully submitted,

KILPATRICK STOCKTON LLP

/s/ Keith Harper
KEITH HARPER
D.C. Bar No. 451956
E-mail:
kharper@kilpatrickstockton.com
G. WILLIAM AUSTIN
D.C. Bar No. 478417
E-mail:
baustin@kilpatrickstockton.com
CATHERMINE F. MUNSON
Georgia Bar No. 529621
E-mail:
cmunson@kilpatrickstockton.com
Kilpatrick Stockton LLP
607 14th Street, N.W.
Washington, D.C. 20005
Phone: (202) 508-5800

*Attorneys for Plaintiff*
Salt River Pima-Maricopa Indian
Community

UNITED STATES DEPARTMENT
OF JUSTICE

/s/ Kevin J. Larsen
KEVIN J. LARSEN
United States Department of
Justice
Environment and Natural
Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0258
Tel: (202 305-0241
Fax: (202) 353-2021

*Attorneys for Defendants*

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 06-943L<br>Judge Lawrence M. Baskir<br>**Electronically filed on January 4, 2008** |

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing JOINT MOTION TO SUBSTITUTE TRANSCRIPT was electronically filed using the Court's ECF system and that the below-listed counsel are ECF users and will be served via the ECF System:

Kevin J. Larsen, Esq.
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663

This 4th day of January, 2008.

/s/ Keith Harper
KEITH HARPER
D.C. Bar No. 451956
E-mail kharper@kilpatrickstockton.com
G. WILLIAM AUSTIN
D.C. Bar No. 478417
E-mail baustin@kilpatrickstockton.com
CATHERINE F. MUNSON
Georgia Bar No. 529621
E-mail cmunson@kilpatrickstockton.com
**Kilpatrick Stockton LLP**
607 14th Street, N.W.
Washington, D.C. 20005
Phone: (202) 508-5800
*Attorneys for Plaintiff*
The Salt River Pima-Maricopa Indian Community

# EXHIBIT A