# In the United States Court of Federal Claims

Case No. 06-943L
(Filed: January 7, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THE SALT RIVER PIMA MARICOPA INDIAN COMMUNITY,**
*Plaintiff,*

v.

**THE UNITED STATES OF AMERICA,**
*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Plaintiff's unopposed Motion for a 2-week Extension of Time to file Supplemental Brief is hereby **GRANTED** as follows:

- **Thursday, January 24, 2008:** Plaintiff to file supplemental brief discussing the timing issue.
- **Thursday, February 7, 2008:** Defendant to file Response to Plaintiff's supplemental brief.
- **Thursday, February 14, 2008:** Plaintiff to file Reply to the Government's Response.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
JUDGE FRANCIS M. ALLEGRA
for Judge Lawrence M. Baskir