# In the United States Court of Federal Claims

Case No. 06-943L
(Filed: January 7, 2008)

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | * |
| **THE SALT RIVER PIMA MARICOPA INDIAN COMMUNITY,** *Plaintiff,* | * |
| v. | * |
| **THE UNITED STATES OF AMERICA,** *Defendant.* | * |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | * |

**ORDER**

On January 4, 2008, the parties filed a Joint Motion to Substitute Transcript. The parties seek to have a revised version of the transcript from the December 10, 2007, evidentiary hearing regarding the Defendant's Motion to Dismiss Pursuant to 28 U.S.C. § 1500, supercede the version of the transcript which was provided by Heritage Reporting Corporation ("Heritage Reporting"). The parties have moved for substitution on the grounds that the version of the transcript provided by Heritage Reporting contained numerous "inaudible" notations and many errors which affected testimony bearing directly on issues relevant to the Defendant's Motion to Dismiss.

Counsel for the parties have used a copy of the digital recording of the hearing which was provided to them by the Court to make corrections to the transcript. After making their respective corrections, counsel conferred and jointly submitted a revised version of the transcript. The revised transcript was attached to the Joint Motion at Appendix A. The parties move the Court to treat this version of the transcript as the official transcript of the December 10, 2007, evidentiary hearing.

**The Court hereby GRANTS the parties' Joint Motion to Substitute Transcript.** Accordingly, the revised version of the transcript which was submitted to the Court at Appendix A of the Joint Motion will constitute the official transcript of the December 10, 2007, evidentiary hearing.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
JUDGE FRANCIS M. ALLEGRA
for Judge Lawrence M. Baskir