IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 06-943<br>Judge Lawrence M. Baskir<br>**(Electronically Filed January 22, 2008)** |

**PLAINTIFF'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEF**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims ("RCFC"), Plaintiff, the Salt River Pima-Maricopa Indian Community ("Salt River"), respectfully moves this Court for a three-week extension of time, to and including February 14, 2008, within which to file its Supplemental Brief; for the time for Defendant to file its Response to Salt River's Supplemental Brief to be extended to and including February 28, 2008; and for the time for Salt River to file its Reply to Defendant's Response to be extended to and including March 6, 2008. In support of its Motion, Salt River shows the Court as follows:

1. On December 10, 2007, this Court held an evidentiary hearing to address the issues raised by Defendant's Motion to Dismiss Pursuant to 28 U.S.C. § 1500.

2. Following the hearing, in its December 11, 2007 Order, the Court ordered supplemental briefing "discussing the timing issue." The Court required Salt River to submit its Supplemental Briefing on or before January 10, 2008, with Defendant's Response due January 24, 2008, and Salt River's Reply due on January 31, 2008.

3. On December 12, 2007, Salt River received the transcript from the December 10th evidentiary hearing which contained numerous "inaudible" notations and many errors affecting testimony bearing directly on the timing issues relevant to Defendant's Motion to Dismiss Pursuant to 28 U.S.C. § 1500.

4. Due to the time Salt River's counsel spent having to correct the transcript of the December 10, 2007 hearing, Salt River anticipated needing more time to prepare Salt River's Supplemental Brief and moved the Court for an extension of time to January 24, 2008 to file its Supplemental Briefing, to February 7, 2008 for Defendant to submit its Response and to January 31, 2008 for Salt River to file a Reply to Defendant's Response. This Court granted the Motion.

5. After the Court granted Salt River's request for an extension to file its Supplemental Brief, in *Passamaquoddy Tribe v. United States*, No. 06-942L, the Court scheduled an evidentiary hearing for February 1, 2008 to hear testimony from Alexis Applegate regarding the time of the filing of the Passamaquoddy Tribe's Complaints in the Court of Federal Claims and District Court.

6. To ensure that the evidentiary record is complete for the briefing in this Court, Salt River respectfully requests that this Court extend the time for Salt River to submit its Supplemental Brief to February 14, 2008, which will be sufficiently after the February 1, 2008 Hearing in *Passamaquoddy Tribe v. United States*, No. 06-942L to permit the parties to obtain a transcript of that hearing. Defendant will have, under this proposed schedule, until February 28, 2008 to submit its Response and to March 6, 2008 for Salt River to file a Reply to Defendant's Response

7. Salt River's counsel, Catherine Munson, contacted Defendant's counsel, Kevin Larsen, regarding this motion on January 18, 2008. Mr. Larsen stated that Defendant would not oppose Salt River's request to extend the time for it to submit its Supplemental Brief to and including February 14, 2008, for Defendant's response to be due on February 28, 2008, and Plaintiff's Reply to be due on March 6, 2008.

8. Salt River's request for an extension of time to file its Supplemental Brief is not made for purposes of harassment, delay or any other improper purpose. Additionally, granting this motion will not prejudice any party, nor unduly delay the case.

9. A proposed Order granting the instant motion is attached hereto.

WHEREFORE, Salt River respectfully requests that this unopposed motion for extension of time be granted.

Respectfully submitted this 22nd day of January, 2008.

/s/ Keith Harper
KEITH HARPER
D.C. Bar No. 451956
E-mail: kharper@kilpatrickstockton.com
G. WILLIAM AUSTIN
D.C. Bar No. 478417
E-mail: baustin@kilpatrickstockton.com
CATHERINE F. MUNSON
Georgia Bar No. 529621
E-mail cmunson@kilpatrickstockton.com
**Kilpatrick Stockton LLP**
607 14th Street, N.W.
Washington, D.C. 20005
Tel: (202) 508-5800
Fax: (202) 505-5858

*Attorneys for Plaintiff*
Salt River Pima-Maricopa Indian Community

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Plaintiff's Second Unopposed Motion for Extension of Time to File Supplemental Brief was electronically filed using the Court's ECF system and that the below-listed counsel are ECF users and will be served via the ECF System:

Kevin J. Larsen, Esq.
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663

This 22nd day of January, 2008.

/s/ Keith Harper
KEITH HARPER
D.C. Bar No. 451956
E-mail: kharper@kilpatrickstockton.com
G. WILLIAM AUSTIN
D.C. Bar No. 478417
E-mail: baustin@kilpatrickstockton.com
Catherine F. Munson
Georgia Bar No.
E-mail: cmunson@kilpatrickstockton.com
**Kilpatrick Stockton LLP**
607 14th Street, N.W.
Washington, D.C. 20005
Tel: (202) 508-5800
Fax: (202) 505-5858

*Attorneys for Plaintiff*
The Salt River Pima-Maricopa Indian Community

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No. 06-943<br>Judge Lawrence M. Baskir<br>**(Electronically Filed January 22, 2008)** |

## ORDER

This matter comes before the Court on Plaintiff's Second Unopposed Motion for Extension of Time to File Supplemental Brief. After careful consideration and review of the motion, which Defendant does not oppose, the Court finds good cause and hereby GRANTS Plaintiff's Second Unopposed Motion for Extension of Time to File Supplemental Brief. It is hereby ORDERED that Plaintiff's time to file its Supplemental Brief is extended through and including February 14, 2008. Defendant's time to file its Response to Plaintiff's Supplemental Brief is extended to February 28, 2008 and Plaintiff's time to file its Reply to Defendant's Response is extended to March 6, 2008.

SO ORDERED this ______day of _____________, 2008.

________________________________
Lawrence M. Baskir
Judge