# In the United States Court of Federal Claims

Case No. 06-943L
(Filed: March 6, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**THE SALT RIVER PIMA MARICOPA INDIAN COMMUNITY,**
*Plaintiff,*

v.

**THE UNITED STATES OF AMERICA,**
*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Plaintiff filed a Motion to Supplement the Record on February 14, 2008. The Plaintiff moves to supplement the record with the February 1, 2008 Transcript of the Evidentiary Hearing in *Passamaquoddy Tribe v. United States*, No. 06-942L, that took place before Judge Bush. The Hearing Transcript is attached to the Plaintiff's Motion at Exhibit 1. The Government has not filed an opposition to the Plaintiff's Motion.

**The Plaintiff's Motion is hereby GRANTED. Accordingly, the Transcript of the February 1, 2008 Evidentiary Hearing that took place before Judge Bush will be part of the official record in this case.**

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge