IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE SALT RIVER PIMA-<br>MARICOPA INDIAN COMMUNITY, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:06cv00943<br>Judge Lawrence M. Baskir |
| THE UNITED STATES OF<br>AMERICA, | ) | Electronically filed 4/25/08 |
| Defendant. | ) | |

**DEFENDANT'S NOTICE OF APPEARANCE**

To the Clerk of the Court:

Pursuant to RCFC 83.1(c)(5), Please enter the appearance of Brian M. Collins, replacing Kevin J. Larsen, as attorney of record for Defendant, the United States of America, in the above styled case. Service of all further pleadings, documents or other papers should be made upon the Defendant by service upon Mr. Collins in substitution for Mr. Larsen using the following information:

Brian M. Collins
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P. O. Box 663, PHB 3607
Washington, D.C. 20044-0663

Telephone: 202-305-0428
Facsimile: 202-353-2021
Email: brian.m.collins@usdoj.gov

Overnight and hand deliveries should be addressed to:

Brian M. Collins
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
601 D St., N.W., Rm. 3607
Washington, D.C. 20004

Respectfully submitted April 25, 2008.

RONALD J. TENPAS
Assistant Attorney General

/s/ Brian M. Collins
BRIAN M. COLLINS
United States Department of Justice
Environment & Natural Resources Division
601 D Street, NW, Rm 3607
Washington, DC 20004
Tel: 202-305-0428
Fax: 202-353-2021
Email: brian.m.collins@usdoj.gov
Attorney of Record for Defendant

OF COUNSEL:

JOHN H. MARTIN
United States Department of Justice
Environment and Natural Resources Division
1961 Stout Street, 8th Floor
Denver, CO 80294
Tel: (303) 844-1383
Fax: (303) 844-1350

THOMAS R. BARTMAN
Indian Trust Litigation Office
Office of the Solicitor
Department of the Interior
1849 C St., N.W.
Washington, D.C. 20240
Tel: (202) 208-5000
Fax: (202) 219-0559

TERESA DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 2022

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Defendant's Notice of Appearance was electronically filed on April 25, 2008 using the Court's ECF system and that the below-listed counsel is an ECF user and will be served via the ECF System:

KEITH HARPER
E-mail: kharper@kilpatrickstockton.com

Kilpatrick Stockton LLP
607 14th Street, N.W.
Washington, D.C. 20005
Phone: (202) 508-5800
Attorney for Plaintiff

/s/ Brian M. Collins
Brian M. Collins