# In the United States Court of Federal Claims

Case No. 06-943L
(Filed: May 7, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**THE SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY,**
*Plaintiff,*

v.

**THE UNITED STATES OF AMERICA,**
*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

It has come to the Court's attention that the Clerk's Office inadvertently filed an order in this case on May 6, 2008, setting forth a briefing schedule for the defendant's motion to dismiss. **That scheduling order does not apply to this case and should be disregarded.**

As per the Court's April 24, 2008, Opinion and Order denying the Government's motion to dismiss pursuant to § 1500, **the parties are ORDERED to file a joint status report proposing further proceedings in this case no later than May 22, 2008.**

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge