# EXHIBIT A

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 06-943L<br>Judge Lawrence M. Baskir<br>Electronically Filed 05/22/08 |
| THE UNITED STATES OF AMERICA | ) | |
| Defendant. | ) | |

**PLAINTIFF'S PROPOSED ORDER**
**GOVERNING PRE-TRIAL DISCOVERY**

Upon review of the information contained in the Joint Preliminary Status Report filed on May 11, 2007 and the Joint Status Report submitted by counsel for the parties on May 22, 2008 pursuant to the Opinion and Order issued in this case on April 24, 2008, the Court orders as follows:

1. Factual Discovery: Factual discovery is to be completed within 330 days of the date of this Order. In light of the nature of this action, the presumptive limits on written and oral discovery imposed by this Court's Special procedures Order do not apply. In particular, the parties may take more than give (5) depositions and serve more than 25 interrogatories (including subparts) without seeking leave of Court to do so.

2. Expert Discovery: Upon the completion of factual discovery, Plaintiff will thereafter have 30 days in which to make its expert disclosures

pursuant to RCFC 26(a)(2). Defendant then will have 30 days from the date of Plaintiff's disclosures within which to submit its expert disclosures pursuant to RCFC 26(a)(2). The parties thereafter will be allowed an additional 60 days to conduct discovery concerning the expert disclosures.

3. Protective Order: The form of protective order governing the production and handling of assertedly "confidential" information entered on July 19, 2007 in *Ak-Chin Indian Community v. United States*, No. 06-932L (Cl. Ct.) is adopted for use in this litigation. The Court will enter a separate order in this case including the same provisions as are contained in the protective order entered by Judge Hewitt in *Ak-Chin*.

4. The Post-Discovery Conference Required Per Section IV.11 of Appendix A to the Rules of the Court of Federal Claims: Upon the completion of the factual and expert discovery in accordance with the schedules set forth in paragraphs 1 and 2 of this Order, the Court will hold a further conference to determine how the case will proceed. The attorneys appearing at the post-discovery conference shall be the attorneys who are expected to try the case and are thoroughly familiar with it. At the conference, counsel will be called upon to (1) address the factual and legal issues in dispute, (ii) discuss the evidence and decisional law that each side offers in support of its position, and (iii) identify the best means of

resolving the dispute, *i.e.*, whether by summary judgment. For further information regarding the subjects and scheduling issues to be addressed in the post-discovery conference, counsel for the parties are referred to Section VI.11 of Appendix A to this Court's Rules.

5. Dispositive Motions: Both sides have advised that upon the completion of discovery, there may be claims or defenses that can be presented and decided based on the submission of dispositive motions. Accordingly, the scheduling of any such motions will be addressed at the post-discovery conference. At that same time, the Court will consider whether certain of Plaintiff's claims may be more promptly and expeditiously resolved by proceeding to trial with respect to those claims prior to addressing the remainder of Plaintiff's case.

SO ORDERED this ___ day of __________, 2008.

______________________________
Hon. Lawrence M. Baskir
JUDGE, UNITED STATES COURT
OF FEDERAL CLAIMS