# In the United States Court of Federal Claims

Case No. 06-943L
(Filed: May 27, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * * *
**THE SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY,**
*Plaintiff,*

v.

**THE UNITED STATES OF AMERICA,**
*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On April 24, 2008, the Court issued an Opinion and Order denying the Government's motion to dismiss pursuant to 28 U.S.C. § 1500 and instructing the parties to file a Joint Status Report proposing further proceedings in this case no later than May 22, 2008. To date, the parties have not done so.

The parties filed a document captioned "Joint Status Report" with the Court on May 22, 2008. *See* Docket No. 51. The May 22 submission is disorganized and disputative and, despite the caption, not a joint report at all. Indeed, the Government's discovery proposal is not presented until page 31. The first 30 pages of the report presents the Plaintiff's lengthy defense of its own proposal and criticism of the Government's proposal. The report runs 51 pages – not including the 7 attached exhibits – exceeding the 43-page length of the Joint Preliminary Status Report which was filed by the parties on May 11, 2007. *See* Docket No. 10. The purpose of a Joint Status Report is to inform the Court of the parties' respective positions with regard to material issues in the case. The document should not be argumentative. The Court does not want the parties to brief their respective positions, nor does the Court expect the parties to agree on all issues.

**Accordingly, the Clerk of the Court is hereby ORDERED to STRIKE the submission filed by the parties on May 22, 2008, from the record. The parties are ORDERED to submit a Joint Status Report no later than June 10, 2008.**

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge