# In the United States Court of Federal Claims

Case No. 06-943L
(Filed: June 16, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THE SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY,**
*Plaintiff,*

v.

**THE UNITED STATES OF AMERICA,**
*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Court will hold an **in-person status conference** with the parties at **10:00 a.m. on Wednesday, June 25, 2008.** The status conference will be held in the U.S. Court of Federal Claims courtroom at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Counsel for the Plaintiff and for the Defendant shall appear in person.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge