# In the United States Court of Federal Claims

Case No. 06-943L
(Filed: June 25, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**THE SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY,**
*Plaintiff,*

v.

**THE UNITED STATES OF AMERICA,**
*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Court held an in-person status conference with the parties on June 25, 2008. During this conference, the parties agreed to the following:

- Fact discovery shall commence on July 1, 2008, and will be one year in duration. Fact discovery will therefore close on July 1, 2009. Fact discovery shall exclude expert discovery.

- Limits on fact discovery:

  - Each party is entitled to take 15 depositions and to serve 40 interrogatories. Requests for additional depositions or interrogatories may be sought in writing and granted by leave of the Court.

- The parties shall file a Joint Status Report (JSR) with the Court 30 days prior to the close of fact discovery to inform the Court of the status of discovery.

- The parties shall file an additional JSR 60 days after the close of fact discovery proposing further proceedings in this case.

- The Court will issue a Provisional Protective Order in this case on June 25, 2008. The parties are to review this protective order and confer regarding potential changes. **The parties may jointly propose changes in writing no later than Thursday, July 3, 2008.**

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge