IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY, | ) | |
| Plaintiff, | ) | Case No. 06-943L |
| v. | ) | Judge Lawrence M. Baskir |
| THE UNITED STATES OF AMERICA | ) | (Electronically filed 07/03/08) |
| Defendant. | ) | |

**DEFENDANT'S SUPPLEMENTAL PROPOSED CHANGE TO THE PROVISIONAL PROTECTIVE ORDER ISSUED ON JUNE 25, 2008**

On July 3, 2008, the Parties filed their Joint Proposed Changes to the Provisional Protective Order Issued on June 25, 2008. In the process of negotiating the Joint Proposed Changes, Defendant proposed one provision on which the Parties were unable to reach an agreement. Accordingly, Defendant hereby files its last remaining proposed change to the provisional protective order. The provision hereby proposed by Defendant is intended to supplement the Joint Proposed Changes to the Provisional Protective Order and is not intended to alter or amend any of the proposed changes contained in that proposal. Plaintiff is opposed to the inclusion of the language proposed below.

Defendant proposes that Section 9 be revised with a second paragraph that reads:

> Plaintiff assumes all liability for the disclosure of any Protected Information and/or Materials to its designees, including any liability that may arise from any claims brought by individuals or tribes (other than Plaintiff) that may be based on or stem from the disclosure of Protected Information and/or Materials related to those individuals or those other tribes. Defendant (including the Departments of the Interior and of the Treasury) and DOJ shall be held harmless for any disclosures of any Protected Materials and/or Information by Plaintiff or its designees.

Defendant requests this provision in order to limit its liability for disclosures of Protected Information by Plaintiff or its designees, over whom Defendant has no control. Given the types of documents Plaintiff is expected to request during discovery in this case, Defendant will be forced to allow Plaintiff and/or its designees to inspect and obtain copies of numerous documents which will likely contain information relating to other tribes or individuals not affiliated with Plaintiff. In the event that Plaintiff or their designees disclose that third-party Protected Information (as defined in the Provisional Protective Order) in some way that affects the rights (whether privacy rights or other rights) of those other tribes or individuals not affiliated with Plaintiff, Defendant seeks to limit its liability to those third parties resulting from actions by Plaintiff or its designees in handling third-

party Protected Information obtained from Defendant in this action.[1] As one specific example, Defendant is concerned with potential liability under the Privacy Act, 5 U.S.C. § 552a, and the language above is intended to protect Defendant from an assertion of liability under that act by a third-party whose information has been misused by Plaintiff or its designee.

WHEREFORE, Defendant respectfully requests that the Court adopt Defendant's proposed change in Section 9 issuing the "Revised Provisional Protective Order" attached hereto in place of the June 25 Order.

This 3rd day of July, 2008.

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General

/s/ Brian M. Collins
Brian M. Collins
United States Dept. of Justice
Environment Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0258
Fax: (202) 353-2021

[1] Defendant has entered the proposed language in at least two other protective orders in tribal cases in the Court of Federal Claims. *See* Ex. A, ¶ 7 (Protective Order entered in *Quechan Tribe of the Fort Yuma Indian Reservation v. United States*, case no. 06-cv-00888-SGB); Ex. B, ¶ 8 (Protective Order entered in *Makah Indian Tribe of the Makah Indian Reservation v. United States*, case no. 06-cv-00889-LJB).

Attorney for Defendant
The United States of America

OF COUNSEL:

JOHN H. MARTIN
ANTHONY P. HOANG
United States Department of
Justice
Environment Division
Natural Resources Section
Washington, D.C. 20044-0663

PAUL SMYTH
TOM BARTMAN
Office of the Solicitor
Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
Department of the Treasury
Washington, D.C. 20270

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY, | ) | |
| Plaintiff, | ) | Case No. 06-943L |
| v. | ) | Judge Lawrence M. Baskir |
| | ) | Electronically Filed 07/03/08 |
| THE UNITED STATES OF AMERICA | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing DEFENDANT'S PROPOSED CHANGES IN THE PROVISIONAL PROTECTIVE ORDER ISSUED ON JUNE 25, 2008 was electronically filed using the Court's ECF system and that the below-listed counsel are ECF users and will be served via the ECF System:

KEITH HARPER
D.C. Bar No. 451956
E-mail: kharper@kilpatrickstockton.com

G. WILLIAM AUSTIN
D.C. Bar No. 478417
E-mail: baustin@kilpatrickstockton.com

CATHERINE F. MUNSON
Georgia Bar No. 529621
Email:cmunson@kilpatrickstockton.com

Kilpatrick Stockton LLP
607 14th Street, N.W.
Washington, D.C. 20005
Phone: (202) 508-5800

*Attorneys for Plaintiff*
The Salt River Pima-Maricopa
Indian Community

This 3rd day of July, 2008.

/s/ Brian Collins

Brian M. Collins, Esq.
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663, PHB 3607
Washington, D.C. 20044-0663

*Attorney for Defendant*